FILED

2015 JUN -8 AM 9:45

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

**15-07045**

Certificate Number: 00134-AZ-CC-024770069



00134-AZ-CC-024770069

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 30, 2014</u>, at <u>2:26</u> o'clock <u>PM MST</u>, <u>Donita J. Cole</u> received from <u>Cricket Debt Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>December 30, 2014</u>          By:   <u>/s/Luis Jose Checo</u>

                                        Name:  <u>Luis Jose Checo</u>

                                        Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).