2

**15-07045**

Local Sample Required Form No. 1

FILED 2015 JUN -8 AM 9:45 U.S. CLERK BANKRUPTCY DISTRICT OF ARIZONA

## DECLARATION

Debtor(s)' Name(s)     Case No. _____

Donita J Cole

_____

I, __Donita J. Cole__, do hereby certify, under penalty of perjury, that the Mailing List, consisting of __1__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Dated: __6-8-15__        _____
                         (Debtor)

_____    _____
(Attorney, if applicable)   (Spouse)

mmlrequirements/10/06

MML- 4

# CREDITORS LIST

COUNRTY WIDE
1199 NORTH FAIRFAX STREET
SUITE 500
ALEXANDRIA, VA 22314

Postino ENTERPRISES llc
468 NORTH CAMDEN
BEVERLY HILLS, CA 90210

HOME SAVINGS MORTGAGE
500 EAST ESPLANDE DRIVE 10TH FLOOR
OXNARD, CA 93036