# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

### MINUTE ENTRY/ORDER

| | |
|---|---|
| Bankruptcy Judge: | Eddward P. Ballinger, Jr. |
| Case Name: | Donita J. Cole  -  Chapter 7 |
| Case Number: | 2:15-bk-07045-EPB |
| Subject of Matter: | Debtor's Request for Reinstatement and Request for Extension of Time |
| Date Matter Ruled Upon: | July 23, 2015 |

After review,

IT IS ORDERED reinstating this case.

IT IS FURTHER ORDERED granting Debtor an extension of time until August 24, 2015, in which to file the required documents as outlined in the Order issued June 23, 2015, dismissing this case (court docket #15).