Clint W. Smith (010461)
CLINT W. SMITH, P.C.
1423 S. Higley Rd., #128
Mesa, AZ 85206
(480) 807-9300
(480) 275-5626 (fax)
cws@cwspclaw.com
Attorney for ME Capital, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2-15-bk-07045-EPB |
| DONITA J. COLE, | Chapter 7 |
| Debtor. | NOTICE OF FILING AND LAST DATE TO FILE RESPONSE OR OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY) AND CERTIFICATE OF MAILING |
| ME CAPITAL, LLC, | |
| Movant, | Real Property Located at: |
| v. | 2033 E Oasis Street, Mesa AZ 85213 |
| DONITA J. COLE, Debtor, and ROGER BROWN, Trustee, | |
| Respondents. | |

NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Real Property described as 2033 E Oasis Street, Mesa AZ 85213 (the "Property").

Movant asserts that Debtor has no legal interest in the Property, and there is no equity in the Property which is the subject of the Motion for Relief from Stay, and/or Respondent has not

provided Movant with adequate protection with respect to such Property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such Property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

> ME Capital, LLC
> c/o Clint W. Smith
> CLINT W. SMITH, P.C.
> 1423 S. Higley Rd., #128
> Mesa, AZ 85206
> (480) 275-5626 (fax)
> cws@cwspclaw.com

WITHIN 14 DAYS of service of the Motion, the Motion for Relief from the Automatic Stay may be granted without further hearing. In the event that an objection or response is filed, a hearing will be scheduled in the United States Bankruptcy Court on said objection or response.

RESPECTFULLY SUBMITTED this 31st day of July, 2015.

                                                       CLINT W. SMITH, P.C.

                                                       /s/ Clint W. Smith
                                                       Clint W. Smith
                                                       Attorney for MR Capital, LLC

## CERTIFICATE OF SERVICE AND MAILING

PLEASE TAKE NOTICE that a Motion for Relief from the Automatic Stay and Exhibits in support thereof, and this Notice of Filing Motion for Relief from the Automatic Stay, Proposed Order Lifting Stay, and General Order were mailed this 29th day of July, 2015, via U.S. Mail, to the parties below listed.

DATED this 31st day of July, 2015.

CLINT W. SMITH, P.C.

/s/     Clint W. Smith

Copy of the foregoing and all Notices and
required documents have been mailed/*emailed
this 29th day of July, 2015, to the following:

Donita J. Cole
2033 E Oasis Street
Mesa AZ 85213
Debtor

Roger Brown
PO Box 32967
Phoenix AZ 85064-2967
Trustee

US Trustee's Office*
230 N. First Ave., #204
Phoenix, AZ  85003

/s/  Clint W. Smith