# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

DONITA J. COLE,

    Debtor.

(Chapter 7 Case)

No. 2:15-bk-07045-EPB

**ORDER AUTHORIZING TRUSTEE TO EMPLOY ATTORNEY**

This Court having considered Trustee's Application to Employ Attorney and the Declaration in support thereof, and it appearing that the law firm of Lane & Nach, P.C., its members and associates, is a disinterested party and that the employment of said law firm generally by the Trustee is in the best interest of this Estate;

IT IS HEREBY ORDERED, that Roger W. Brown, Trustee, is authorized to employ the law firm of Lane & Nach, P.C., generally, as attorneys for the Trustee and the Estate, with compensation to be paid only in such amounts as may be allowed by the Court upon proper application or applications therefor, pursuant to 11 U.S.C. §§327 and 330(a) (1) and Bankruptcy Rule 2016(a).

IT IS FURTHER ORDERED that such employment shall be effective as of August 5, 2015.

**DATED AND SIGNED ABOVE.**