**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Roger W. Brown, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DONITA J. COLE,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:15-bk-07045-EPB<br><br>**NOTICE TO CREDITORS AND INTERESTED PARTIES OF SALE** |

TO: ALL CREDITORS AND PARTIES-IN-INTEREST:

NOTICE IS GIVEN that the Estate's interest in the below described property will be offered to the person making the highest and best bid at public sale Roger W. Brown, Trustee, on <u>September 25, 2015</u>, at the Office of the United States Trustee, 230 North First Avenue, First Floor, Suite 102, Phoenix, Arizona, at 8:30 a.m.

To bid by telephone call: 1-888-525-3182 Conference Code: 7413896997

| | |
|---|---|
| Property to be Sold: | Estate's interest in a narrow strip of land (driveway) adjoining residential property located in Maricopa County, Arizona, and described on Exhibit "A" attached. |
| Terms of Sale: | **Prospective purchasers are encouraged to personally inspect/perform their own due diligence of the property being sold, as the property will be sold "AS IS", with no warranties**. Cashier's check day of sale. All sales are subject to sales tax unless the property being sold is tax-exempt or a resale number is used as proof of exemption. All sales are subject to Trustee's approval. |
| Proposed Purchaser: | ME Capital, LLC for the sum of $2,500.00 or the highest and best bid at sale. |

| | |
|---|---|
| Insider: | The proposed purchaser is the creditor which holds a lien on the adjoining residential property and has commenced foreclosure/eviction proceedings. |
| To View the Property or Obtain More information: | Contact: Michael Lane, attorney for the Trustee, at the above-address, telephone number, email. |
| Description of Interest(s) in the Property: | There has been no stay relief as to the property. Trustee is not aware of any other entities holding an interest in the property being sold. |
| Appraisals: | The Trustee is not aware of any recent appraisals on the property being sold. |
| Compensation/Fees: | There are no broker's fees/compensation related to this sale. |

If you have an objection to Trustee's Notice, you must file your objection, specifying the reason therefor, with the Clerk of the Court 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706, and serve a copy upon the attorney for the Trustee at the address set forth above on or before the expiration of 21 days from the mailing of this Notice. If a person timely objects in writing and a hearing is requested but has not yet been conducted by the Court as of the date of the scheduled auction, bids will be taken and the normal sales procedures followed. The closing of the sale remains dependent upon the outcome of the Court hearing regarding the objection. If there is no timely objection and request for hearing, no hearing will be held, and the Trustee will proceed to sell the property without further order of the Court.

DATED: August 12, 2015.

**LANE & NACH, P.C.**

By  /s/ MPL 007435
    Michael P. Lane
    Attorney for Trustee

2

Case 2:15-bk-07045-EPB    Doc 30    Filed 08/13/15    Entered 08/15/15 22:14:14    Desc
Imaged Certificate of Notice    Page 2 of 5

# EXHIBIT "A"

# 141-03-031

Parcel Type: Residential

COLE DONITA J

## Property Information

| | |
|---|---|
| MCR #: | N/A |
| Address: | |
| Latitude/Longitude: | |
| Description: | E 60F W 483F S2 N2 LOT 4 (AKA SW4 SW4) SEC 31 |
| Lot Size (Sq Ft): | 19,740 |
| Zoning: | RS-43 |
| Section, Township, Range: | 31 2N 6E |
| Associated Parcel(s): | 141-03-029A,141-03-031,141-03-034 |
| Market Area/Neighborhood: | 24/001 |
| Subdivision: | Not Available |
| Lot #: | Not Available |
| High School District: | MESA UNIFIED #4 |
| Elementary School District: | MESA UNIFIED SCHOOL DISTRICT |
| Local Jurisdiction: | MESA |
| Owner: | COLE DONITA J |
| Mailing Address: | 2033 E OASIS , MESA, AZ 85213 |
| Deed #: | 011174098 |
| Deed Date: | December 13, 2001 |
| Sale Date: | None |
| Sale Price: | $0 |



Assessor full cash valuation over time (2016 – 2012)

## Valuation Data

| Tax Year: | 2016 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|
| Full Cash Value: | $20,700 | $19,500 | $16,200 | $13,200 | $14,600 |
| Limited Property Value: | $16,008 | $15,246 | $14,520 | $13,200 | $14,600 |
| Legal Class: | 3 | 3 | 3 | 3 | 3 |
| Description: | PRIMARY RESIDENCE | PRIMARY RESIDENCE | PRIMARY RESIDENCE | PRIMARY RESIDENCE | OWNER-OCCUPIED RESIDENTIAL |
| Assessment Ratio: | 10% | 10% | 10% | 10% | 10% |
| Assessed FCV: | $0 | $0 | $1620 | $1320 | $1460 |

```
                                  United States Bankruptcy Court
                                        District of Arizona
In re:                                                              Case No. 15-07045-EPB
DONITA J COLE                                                       Chapter 7
         Debtor               CERTIFICATE OF NOTICE
District/off: 0970-2          User: stroude              Page 1 of 1              Date Rcvd: Aug 13, 2015
                              Form ID: pdf001            Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2015.
db          +DONITA J COLE,    2033 E OASIS STREET,    MESA, AZ 85213-9727
cr          +ME Capital, LLC,   c/o Clint W. Smith,    1423 S Higley Road,   Suite 128,   Mesa, AZ 85206-3450
13564158    +COUNRTY WIDE,    1199 NORTH FAIRFAX STREET,    SUITE 500,   ALEXANDRIA, VA 22314-1453
13564160    +HOME SAVINGS MORTGAGE,    500 EAST ESPLANDE DRIVE 10th FLOOR,    OXNARD, CA 93036-0553
13564159    +Postino ENTERPRISES llc,    468 NORTH CAMDEN,   BEVERLY HILLS, CA 90210-4507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2015 at the address(es) listed below:
              CLINT W. SMITH    on behalf of Creditor    ME Capital, LLC cws@cwspclaw.com
              MICHAEL P. LANE    on behalf of Trustee ROGER W. BROWN mplbkcourt@lane-nach.com;lnbkcourt@yahoo.com
              ROGER W. BROWN    rogerbrowntrustee@live.com,    rwb@trustesolutions.net;rawithrow@hotmail.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 4