| | |
|---|---|
| 1 | Clint W. Smith (010461) |
| 2 | CLINT W. SMITH, P.C. |
|   | 1423 S. Higley Rd., #128 |
|   | Mesa, AZ 85206 |
| 3 | (480) 807-9300 |
|   | (480) 275-5626 (fax) |
| 4 | cws@cwspclaw.com |
|   | Attorney for Movant |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2-15-bk-07045-EPB |
| DONITA J. COLE, | Chapter 7 |
| Debtor. | NOTICE OF WITHDRAWAL OF NOTICE OF LODGING PROPOSED ORDER FOR RELIEF AND OF CORRECTION IN CAPTION |
| MR CAPITAL, LLC, | |
| Movant, | |
| v. | Real Property Located at: |
|   | 2033 E Oasis Street, Mesa AZ 85213 |
| DONITA J. COLE, Debtor, and ROGER BROWN, Trustee, | |
| Respondents. | |

Movant, through counsel, having lodged an Order for Relief, and recognizing thereafter that a Response had been filed, hereby withdraws the Notice of Lodging (Dkt #32). Movant has not uploaded the proposed Order.

Movant has also corrected the caption on this pleading, which identifies the Movant, correctly, as MR Capital, LLC instead of ME Capital.

RESPECTFULLY SUBMITTED this 19th day of August, 2015.

                                                CLINT W. SMITH, P.C.

                                                /s/ Clint W. Smith
                                                Clint W. Smith
                                                Attorney for MR Capital, LLC

Copy of the foregoing have been mailed/*emailed
this 19th day of August, 2015, to the following:

Donita J. Cole
2033 E Oasis Street
Mesa AZ 85213
Debtor

Roger Brown
PO Box 32967
Phoenix AZ 85064-2967
Trustee

US Trustee's Office*
230 N. First Ave., #204
Phoenix, AZ  85003

/s/  Clint W. Smith