FILED
2015 AUG 24 PM 3: 47
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re )
)  Chapter ___7___
   Donita J. Cole )
) Case No. 2:15-bk-07045-EPB
)
_____Debtor(s)___)

**Declaration of Evidence of Employers' Payments Within 60 Days**

☒    Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐    Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐    Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: August 24, 2015     by: _____
                                                 Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

# Earnings Statement

Pay Date: 04/17/2015  
Period Start: 04/05/2015  
Period End: 04/11/2015  

Company: 03058 - TS INDUSTRIES INC  
1022 N STADEM DR  
TEMPE, AZ 85281-1866   (480) 968-1930  

**DONITA J COLE**  
EE Code: 8424  
Dept: 000  
Pay Basis: Salary  

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 1328.78 | 20463.21 |
| Vacation | | | 0.00 | 1328.78 |
| Holiday Pay | | | 0.00 | 797.27 |
| Gross Pay | | | 1328.78 | 22589.26 |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 145.15 | 2327.22 |
| Medicare | | | 19.27 | 327.59 |
| Social Security | | | 82.38 | 1400.46 |
| Arizona State W/H (J/0) | | | 48.37 | 774.90 |

| Deductions | | | | |
|---|---|---|---|---|
| 401K Fixed | | | 50.00 | 800.00 |
| 401K Catchup | | | 20.00 | 320.00 |
| 401K Loan 1 | | | 50.00 | 800.00 |
| Reimbursement (-) | | | -120.00 | -1778.48 |
| Net Pay | | | 1033.61 | 17617.57  Voucher No.: 9347DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1013.61 | 17297.57 A/C:5909 |
| Direct Dep. Distribution 1 | | | 20.00 | 320.00 A/C:5700 |

| Employee Benefits | | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|---|

---

Voucher No.: 9347DD

TS INDUSTRIES INC  
GOLD TECH INDUSTRIES  
1022 N. STADEM DRIVE  
TEMPE, AZ 85281  

DATE: 04/17/2015

## Net Pay: 1033.61

One Thousand Thirty Three And 61/100 Dollars

DONITA J COLE  
2033 E OASIS ST  
MESA, AZ 85213  

For Record Purposes Only  
**NON-NEGOTIABLE**

# Earnings Statement

Pay Date: 04/24/2015  Company: 03058 - TS INDUSTRIES INC
Period Start: 04/12/2015  1022 N STADEM DR
Period End: 04/18/2015  TEMPE, AZ  85281-1866   (480) 968-1930

**DONITA J COLE**
EE Code: 8424
Dept: 000
Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 1328.78 | 21791.99 |
| Vacation | | | 0.00 | 1328.78 |
| Holiday Pay | | | 0.00 | 797.27 |
| | | Gross Pay | 1328.78 | 23918.04 |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 145.15 | 2472.37 |
| Medicare | | | 19.27 | 346.86 |
| Social Security | | | 82.38 | 1482.84 |
| Arizona State W/H (J/0) | | | 48.37 | 823.27 |

| Deductions | | | | |
|---|---|---|---|---|
| 401K Fixed | | | 50.00 | 850.00 |
| 401K Catchup | | | 20.00 | 340.00 |
| 401K Loan 1 | | | 50.00 | 850.00 |
| Reimbursement (-) | | | -120.00 | -1898.48 |
| | | Net Pay | 1033.61 | 18651.18  Voucher No.: 9385DD |

**Net Pay Distribution**

| | | | Current Period | Year To Date | |
|---|---|---|---|---|---|
| Direct Deposit Net Check | | | 1013.61 | 18311.18 | A/C:5909 |
| Direct Dep. Distribution 1 | | | 20.00 | 340.00 | A/C:5700 |

| Employee Benefits | | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|---|

---

Voucher No.: 9385DD

TS INDUSTRIES INC
GOLD TECH INDUSTRIES
1022 N. STADEM DRIVE
TEMPE, AZ 85281

DATE: 04/24/2015

**Net Pay:** 1033.61

One Thousand Thirty Three And 61/100 Dollars

DONITA J COLE
2033 E OASIS ST
MESA, AZ 85213

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

Pay Date: 05/01/2015  Company: 03058 - TS INDUSTRIES INC
Period Start: 04/19/2015  1022 N STADEM DR
Period End: 04/25/2015  TEMPE, AZ 85281-1866  (480) 968-1930

**DONITA J COLE**
EE Code: 8424
Dept: 000
Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 1328.78 | 23120.77 |
| Vacation | | | 0.00 | 1328.78 |
| Holiday Pay | | | 0.00 | 797.27 |
| **Gross Pay** | | | **1328.78** | **25246.82** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 145.15 | 2617.52 |
| Medicare | | | 19.27 | 366.13 |
| Social Security | | | 82.38 | 1565.22 |
| Arizona State W/H (J/0) | | | 48.37 | 871.64 |

| Deductions | | | | |
|---|---|---|---|---|
| 401K Fixed | | | 50.00 | 900.00 |
| 401K Catchup | | | 20.00 | 360.00 |
| 401K Loan 1 | | | 50.00 | 900.00 |
| Reimbursement (-) | | | -120.00 | -2018.48 |
| **Net Pay** | | | **1033.61** | **19684.79** Voucher No.: 9424DD |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1013.61 | 19324.79 A/C:5909 |
| Direct Dep. Distribution 1 | | | 20.00 | 360.00 A/C:5700 |

| Employee Benefits | | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|---|

---

Voucher No.: 9424DD

TS INDUSTRIES INC
GOLD TECH INDUSTRIES
1022 N. STADEM DRIVE
TEMPE, AZ 85281

DATE: 05/01/2015

## Net Pay:  1033.61

One Thousand Thirty Three And 61/100 Dollars

DONITA J COLE
2033 E OASIS ST
MESA, AZ 85213

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

Pay Date: 05/08/2015  
Period Start: 04/26/2015  
Period End: 05/02/2015  

Company: 03058 - TS INDUSTRIES INC  
1022 N STADEM DR  
TEMPE, AZ 85281-1866  (480) 968-1930

**DONITA J COLE**  
EE Code: 8424  
Dept: 000  
Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 1328.78 | 24449.55 |
| Vacation | | | 0.00 | 1328.78 |
| Holiday Pay | | | 0.00 | 797.27 |
| Gross Pay | | | 1328.78 | 26575.60 |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 145.15 | 2762.67 |
| Medicare | | | 19.27 | 385.40 |
| Social Security | | | 82.38 | 1647.60 |
| Arizona State W/H (J/0) | | | 48.37 | 920.01 |

| Deductions | | | | |
|---|---|---|---|---|
| 401K Fixed | | | 50.00 | 950.00 |
| 401K Catchup | | | 20.00 | 380.00 |
| 401K Loan 1 | | | 50.00 | 950.00 |
| Reimbursement (-) | | | -120.00 | -2138.48 |
| Net Pay | | | 1033.61 | 20718.40 Voucher No.: 9462DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1013.61 | 20338.40 A/C:5909 |
| Direct Dep. Distribution 1 | | | 20.00 | 380.00 A/C:5700 |

| Employee Benefits | | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|---|

---

Voucher No.: 9462DD

TS INDUSTRIES INC  
GOLD TECH INDUSTRIES  
1022 N. STADEM DRIVE  
TEMPE, AZ 85281

DATE: 05/08/2015

## Net Pay: 1033.61

One Thousand Thirty Three And 61/100 Dollars

DONITA J COLE  
2033 E OASIS ST  
MESA, AZ 85213

**For Record Purposes Only**  
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DONITA J COLE**

Pay Date: 05/15/2015  
Period Start: 05/03/2015  
Period End: 05/09/2015  

Company: 03058 - TS INDUSTRIES INC  
1022 N STADEM DR  
TEMPE, AZ 85281-1866   (480) 968-1930  

EE Code: 8424  
Dept: 000  
Pay Basis: Salary  

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 1328.78 | 25778.33 |
| Vacation | | | 0.00 | 1328.78 |
| Holiday Pay | | | 0.00 | 797.27 |
| **Gross Pay** | | | **1328.78** | **27904.38** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 145.15 | 2907.82 |
| Medicare | | | 19.27 | 404.67 |
| Social Security | | | 82.38 | 1729.98 |
| Arizona State W/H (J/0) | | | 48.37 | 968.38 |

| Deductions | | | | |
|---|---|---|---|---|
| 401K Fixed | | | 50.00 | 1000.00 |
| 401K Catchup | | | 20.00 | 400.00 |
| 401K Loan 1 | | | 50.00 | 1000.00 |
| Reimbursement (-) | | | -120.00 | -2258.48 |
| **Net Pay** | | | **1033.61** | **21752.01** |

Voucher No.: 9501DD

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1013.61 | 21352.01 A/C:5909 |
| Direct Dep. Distribution 1 | | | 20.00 | 400.00 A/C:5700 |

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| | | | | |

---

Voucher No.: 9501DD

TS INDUSTRIES INC  
GOLD TECH INDUSTRIES  
1022 N. STADEM DRIVE  
TEMPE, AZ 85281  

DATE: 05/15/2015

## Net Pay:                                                        1033.61

One Thousand Thirty Three And 61/100 Dollars

DONITA J COLE  
2033 E OASIS ST  
MESA, AZ 85213  

**For Record Purposes Only**  
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DONITA J COLE**

Pay Date: 05/22/2015　Company: 03058 - TS INDUSTRIES INC　　EE Code: 8424
Period Start: 05/10/2015　1022 N STADEM DR　　Dept: 000
Period End: 05/16/2015　TEMPE, AZ 85281-1866　(480) 968-1930　　Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 1328.78 | 27107.11 |
| Vacation | | | 0.00 | 1328.78 |
| Holiday Pay | | | 0.00 | 797.27 |
| **Gross Pay** | | | **1328.78** | **29233.16** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 145.15 | 3052.97 |
| Medicare | | | 19.27 | 423.94 |
| Social Security | | | 82.38 | 1812.36 |
| Arizona State W/H (J/0) | | | 48.37 | 1016.75 |

| Deductions | | | | |
|---|---|---|---|---|
| 401K Fixed | | | 50.00 | 1050.00 |
| 401K Catchup | | | 20.00 | 420.00 |
| 401K Loan 1 | | | 50.00 | 1050.00 |
| Reimbursement (-) | | | -120.00 | -2378.48 |
| **Net Pay** | | | **1033.61** | **22785.62** Voucher No.: 9540DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 1013.61 | 22365.62 A/C:5909 |
| Direct Dep. Distribution 1 | | | 20.00 | 420.00 A/C:5700 |

| Employee Benefits | | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|---|

---

Voucher No.: 9540DD

TS INDUSTRIES INC
GOLD TECH INDUSTRIES
1022 N. STADEM DRIVE
　　　　TEMPE, AZ 85281

DATE: 05/22/2015

**Net Pay:**　　　　　　　　　　　　　　　　　　　　　　　**1033.61**

One Thousand Thirty Three And 61/100 Dollars

DONITA J COLE
2033 E OASIS ST
MESA, AZ 85213

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**DONITA J COLE**

Pay Date: 05/29/2015  Company: 03058 - TS INDUSTRIES INC  EE Code: 8424
Period Start: 05/17/2015  1022 N STADEM DR  Dept: 000
Period End: 05/23/2015  TEMPE, AZ  85281-1866  (480) 968-1930  Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | | | 1328.78 | 28435.89 |
| Vacation | | | 0.00 | 1328.78 |
| Holiday Pay | | | 0.00 | 797.27 |
| **Gross Pay** | | | **1328.78** | **30561.94** |

| W/H Taxes | | | | |
|---|---|---|---|---|
| Federal W/H (S/0) | | | 145.15 | 3198.12 |
| Medicare | | | 19.27 | 443.21 |
| Social Security | | | 82.38 | 1894.74 |
| Arizona State W/H (J/0) | | | 48.37 | 1065.12 |

| Deductions | | | | |
|---|---|---|---|---|
| 401K Fixed | | | 50.00 | 1100.00 |
| 401K Catchup | | | 20.00 | 440.00 |
| 401K Loan 1 | | | 50.00 | 1100.00 |
| Reimbursement (-) | | | -120.00 | -2498.48 |
| **Net Pay** | | | **1033.61** | **23819.23** |

Voucher No.: 9578DD

| Net Pay Distribution | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 1013.61 | 23379.23 A/C:5909 |
| Direct Dep. Distribution 1 | | 20.00 | 440.00 A/C:5700 |

| Employee Benefits | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|

---

Voucher No.: 9578DD

TS INDUSTRIES INC
GOLD TECH INDUSTRIES
1022 N. STADEM DRIVE
TEMPE, AZ 85281

DATE: 05/29/2015

**Net Pay:** 1033.61

One Thousand Thirty Three And 61/100 Dollars

DONITA J COLE
2033 E OASIS ST
MESA, AZ 85213

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***