# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DONITA J. COLE,<br><br>    Debtor. | (Chapter 7 Case)<br><br>No. 2:15-bk-07045-EPB<br><br>**ORDER GRANTING TRUSTEE'S MOTION FOR ORAL EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |

This Court having considered the Motion For Oral Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 filed by Roger W. Brown, Trustee and good cause having been established,

**IT IS HEREBY ORDERED** that Donita J. Cole shall submit to an oral examination at the offices of Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, Arizona 85016, under oath, on a date and time agreeable to the parties or, if upon notice, after not less than 28 days' notice.

**IT IS FURTHER ORDERED** approving Trustee's calculation for compliance with FRBP 2004(e) as set forth in Trustee's Motion.

**IT IS FURTHER ORDERED** that Roger W. Brown, Trustee shall promptly serve this Order on Debtor and file a certificate of service therefor.

**DATED AND SIGNED ABOVE**