**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Roger W. Brown, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DONITA J. COLE,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:15-bk-07045-EPB<br><br>**NOTICE OF EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND CERTIFICATE OF SERVICE** |

YOU ARE HEREBY NOTIFIED that the oral examination of Donita J. Cole will be taken upon oral examination pursuant to Federal Rule of Bankruptcy Procedure, Rule 2004 on **September 24, 2015** at the hour of **10:00 a.m.** at the offices of Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, AZ 85016.

DATED: August 31, 2015.

        **LANE & NACH, P.C.**

        By /s/ MPL 007435
          Michael P. Lane
          Attorneys for Trustee

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on August 31, 2015, a copy of the **NOTICE OF EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 2004** was served by depositing a copy of the same in the U.S. mail, in a postage prepaid envelope, addressed as follows:

Donita J. Cole
2033 E Oasis Street
Mesa, AZ 85213


By /s/ Sheila Rochin

SO ORDERED.

Dated: August 28, 2015

_Signature_

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| DONITA J. COLE, | No. 2:15-bk-07045-EPB |
| Debtor. | **ORDER GRANTING TRUSTEE'S MOTION FOR ORAL EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |

This Court having considered the Motion For Oral Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 filed by Roger W. Brown, Trustee and good cause having been established,

**IT IS HEREBY ORDERED** that Donita J. Cole shall submit to an oral examination at the offices of Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103, Phoenix, Arizona 85016, under oath, on a date and time agreeable to the parties or, if upon notice, after not less than 28 days' notice.

**IT IS FURTHER ORDERED** approving Trustee's calculation for compliance with FRBP 2004(e) as set forth in Trustee's Motion.

**IT IS FURTHER ORDERED** that Roger W. Brown, Trustee shall promptly serve this Order on Debtor and file a certificate of service therefor.

**DATED AND SIGNED ABOVE**