Clint W. Smith (010461)
CLINT W. SMITH, P.C.
1423 S. Higley Rd., #128
Mesa, AZ 85206
(480) 807-9300
(480) 275-5626 (fax)
cws@cwspclaw.com
Attorney for MR Capital, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DONITA J. COLE,<br><br>    Debtor.<br><br>MR CAPITAL, LLC,<br><br>    Movant,<br><br>v.<br><br>DONITA J. COLE, Debtor, and ROGER BROWN, Trustee,<br><br>    Respondents. | Case No. 2-15-bk-07045-EPB<br><br>Chapter 7<br><br>REPLY TO OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)<br><br>Real Property Located at:<br>2033 E Oasis Street, Mesa AZ 85213 |

    Movant hereby responds to the objection filed by debtor to its motion for relief from the automatic stay. The objection attempts to make legal arguments based upon alleged invalidity of the sale itself. Unfortunately for the debtor, that is not relevant to the issue at hand.

    The Arizona Court of Appeals has held that a buyer in due course at a trustee sale has clear title, even if there are arguments as to the manner in which the sale took place. *Madison v. Groseth*, 230 Ariz. 8, 279 P.3d 633 (Div. 1, 2012). Like the debtor in the instant matter, Ms. Madison

-1-

asserted claims for conversion, fraud and deceit, and related issues. The court held that failure to obtain an injunction preventing the sale, before it happened, is fatal.

Wherefore, Movant respectfully submits that the objection should be overruled in the state should be lifted at the preliminary hearing.

   RESPECTFULLY SUBMITTED this 10th day of September, 2015.

                CLINT W. SMITH, P.C.

                /s/ Clint W. Smith
                Clint W. Smith
                Attorney for MR Capital, LLC

Copy of the foregoing have been mailed/*emailed
this 10th day of September, 2015, to the following:

Donita J. Cole
2033 E Oasis Street
Mesa AZ 85213
Debtor

Roger Brown
PO Box 32967
Phoenix AZ 85064-2967
Trustee

US Trustee's Office*
230 N. First Ave., #204
Phoenix, AZ 85003

/s/ Clint W. Smith

-2-

Case 2:15-bk-07045-EPB Doc 52 Filed 09/10/15 Entered 09/10/15 07:12:01 Desc
Main Document Page 2 of 2