FORM eocnvrt
REVISED 12/01/2009

SO ORDERED.

Dated: September 14, 2015

*(signature)*

**Eddward P. Ballinger Jr., Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                    Case No.: 2:15–bk–07045–EPB

DONITA J COLE                             Chapter: 7
2033 E OASIS STREET
MESA, AZ 85213
**SSAN:** xxx–xx–8424
**EIN:**

Debtor(s)

## ORDER CONVERTING CASE

This matter having come before the court on:

☒ Debtor(s)' Motion to Convert;

☐ An interested party's Motion to Convert; or

☐ An Order to Show Cause why the case should not be dismissed or a Motion to Dismiss and the court finding that it would be in the best interests of the creditors and the estate that the case be converted.

IT IS ORDERED that the above captioned case is hereby converted this date to a case under Chapter 13.

IT IS FURTHER ORDERED that if this conversion is to a case under Chapter 13, the debtor(s) shall file a Chapter 13 Plan within 14 days of this date as required by Federal Rule of Bankruptcy Procedure 3015(b).

DATED AND SIGNED ABOVE