# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | DONITA J COLE |
| **Case Number:** | 2:15-BK-07045-EPB    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 16, 2015 02:30 PM    7TH FLOOR #703 |
| **Courtroom Clerk:** | ANNETTE AGUILAR |
| **Reporter / ECR:** | MARGARET KELLY |
| **Audio File Name:** | PHL01311732.MP3 |
| **Audio File Size:** | 4,165 KB |
| **Audio File Length:** | 00:08:53 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

*Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY ME CAPITAL, LLC .

**R / M #:** 24 / 0

Case 2:15-bk-07045-EPB    Doc 58    Filed 09/16/15    Entered 09/17/15 06:58:12    Desc
Main document    Page 1 of 1