# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DONITA J COLE | | |
| **Case Number:** | 2:15-BK-07045-EPB | **Chapter:** | 7 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 16, 2015 02:30 PM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. | | |
| **Courtroom Clerk:** | ANNETTE AGUILAR | | |
| **Reporter / ECR:** | MARGARET KELLY | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY ME CAPITAL, LLC .

R / M #:   24 / 0

## *Appearances:*

DONITA COLE, PRO SE DEBTOR
CLINT W. SMITH, ATTORNEY FOR ME CAPITAL, LLC

## *Proceedings:*

Mr. Smith informs the Court an agreement has not been reached. He does not believe the property is property of the estate.

The Court provides a review of this matter.

Ms. Cole states her case has converted to Chapter 13 and has just filed a motion to set an evidentiary hearing. She explains her objection stating that she was not notified of the trustee sale.

Heavy discussion ensues between the Court and Ms. Cole.

The Court explains this matter needs to be handled in state court.

COURT:  The Court finds that there is cause to allow the resolution of whether there was a defect in the trustee sale to be decided by a state court forum. The Court states there is cause that it appears that the property is not property of the estate. IT IS ORDERED lifting the stay and directing Mr. Smith to upload an appropriate form of order.

Case 2:15-bk-07045-EPB    Doc 61    Filed 09/16/15    Entered 09/18/15 09:28:18    Desc
Main Document    Page 1 of 1