**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Roger W. Brown, Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 13 Case) |
| DONITA J. COLE | No. 2:15-bk-07045-EPB |
| Debtor. | **APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS AS AN ADMINISTRATIVE EXPENSE** |

I.  **GENERAL INFORMATION.**

Lane & Nach, P.C., (hereinafter "Attorney") as counsel for Roger W. Brown, the previous Court appointed Chapter 7 Case Trustee, ("Trustee") respectfully submits its Application for Payment of Attorneys' Fees and Costs as an Administrative Expense to this Court. This Application is made pursuant to 11 U.S.C. § 330 and 331 and Federal Rules of Bankruptcy Procedure, Rule 2016. For its Application, Attorney respectfully represents:

II.  **NARRATIVE SUMMARY.**

A.  Background.

1.  This case was commenced by voluntary petition filed on or about June 8, 2015. Thereafter, Roger W. Brown was appointed Trustee.

2.  By Order of this Court dated September 14, 2015, and upon Motion filed by the Debtor, this case was converted to Chapter 13.

3.  Attorney's employment as counsel for the Chapter 7 Trustee was approved by Order of this Court dated August 12, 2015

4.  Attorney has performed services on behalf of this Estate and in excess of 5.1  hours in its representation of the Chapter 7 Trustee on matters affecting the estate.  Based upon Attorney's ordinary hourly rates in effect at the time said services were rendered and which are hereinafter set forth, Attorney's detailed fees total $1,670.00.  Additionally, Attorney has also incurred out-of-pocket expenses for which it is seeking reimbursement in the sum of $27.18.  The total amount sought by Attorney is as follows:

| | |
|---|---|
| Fees | $1,670.00 |
| Costs | $   27.18 |
| Total | $1,697.18 |

5.  The names of all of Attorney's professionals and paraprofessionals, their billing code, and the hourly rate charged by each is set forth below.  Attorney charges its non-bankruptcy clients at the same rate or higher for similar services.  The rates charged are reasonable and are commensurate with fees for similar services charged by bankruptcy attorneys and other professionals of similar experience

| Title | Name/Billing Code | Hourly Rate(s) | Year Admitted to Practice |
|---|---|---|---|
| **Partner** | Michael P. Lane (MPL/Partner) | $320 | 1974 |
| **Paralegal** | Sheila M. Rochin (SMR/Paralegal) | $120 | N/A |

B.  <u>Case Status</u>.

1.  As indicated above, this case was converted from Chapter 7 to Chapter 13.  Attorney  is unaware of any approved and unpaid administrative expenses in this case.

C.  <u>Project Summary</u>.

The following are the descriptions of the projects for which fees and expenses were incurred, all of which were necessary and benefited the estate, the number of hours spent and the amount of compensation requested for each professional and paraprofessional for each project.

1.  <u>Case Administration</u>.  As more fully set forth in Exhibit "A" Attorney has performed professional services with respect to the general administration of this bankruptcy estate.  Time was

Lane & Nach, P.C.
2001 East Campbell Avenue, Suite 103
Phoenix, AZ  85016

2

incurred in communication and correspondence with the Chapter 7 Trustee and others regarding the general status of the case and the various activities involved in the case. Attorney conducted an examination/production of documents pursuant to FRBP 2004. Prior to conversion, time and attention was incurred in the analysis of the Estate's interest in real property, obtaining an offer, and noticing the property for sale. Time and attention was incurred in stay relief requested. In connection with this subject area, the following fees were incurred:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|-------|------|----------------|-------|---------------|
| **Partner** | Michael P. Lane | $350 | 4.6 | $1,610.00 |
| **Paralegal** | Sheila M. Rochin | $120 | 0.5 | 60.00 |
| **TOTAL** | | | | $1,670.00 |

As detailed on Exhibit "A", the costs for which Attorney seeks reimbursement total $27.18.

III. **EVALUATION STANDARDS.**

A. Attorney certifies that it did, in fact, perform the services set forth herein and is entitled to the compensation requested; and, Attorney certifies that performance of the services benefited the Estate.

B. Trustee has approved the request fees and costs.

IV. **CONCLUSION.**

Based on the foregoing, Lane & Nach, P.C., respectfully requests that this Court enter its Order approving and authorizing payment of fees and costs to Lane & Nach, P.C., in the total sum of $ 1,697.18 as a Chapter 7 administrative expense and as a pre-confirmation distribution; and, for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this ___18th___ day of September, 2015.

LANE & NACH, P.C.

By____MPL 007435_____
Michael P. Lane
Attorneys for Roger W. Brown, Trustee

Copy of the foregoing mailed:

Donita J. Cole
2033 E Oasis Street
Mesa, AZ 85213

Via electronic Notification:

Office of the U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
Email: Edward.K.Bernatavicius@usdoj.gov

By   /s/ Sheila M. Rochin

# EXHIBIT "A"

# LANE & NACH, P.C.

2001 E. Campbell Avenue

Suite 103

PHOENIX, AZ 85016

Telephone: (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #86-0938074

ROGER BROWN, TRUSTEE

Statement Date: September 15, 2015
Statement No.              47492
Account No.            2000.921

Page:   1

RE: COLE, DONITA

Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **08/05/2015** | | | | |
| SMR | REVIEW FILE FOR CONFLICTS; PREPARATION OF APPLICATION TO EMPLOY ATTORNEY FOR TRUSTEE, ATTORNEY DISINTERESTEDNESS DECLARATION AND FORM OF ORDER; ELECTRONIC COURT FILING. | 120.00 | 0.50 | 60.00 |
| MPL | CONFERENCE WITH TRUSTEE AND REVIEW TRUSTEE FILE REGARDING NEW CASE. | 350.00 | 1.00 | 350.00 |
| **08/10/2015** | | | | |
| MPL | OUTLINE NOTICE OF AUCTION ON LOT. | 350.00 | 0.40 | 140.00 |
| **08/12/2015** | | | | |
| SMR | PREPARATION OF NOTICE OF TRUSTEE'S SALE; CALENDAR; EMAIL TO DONNA WYATT; EMAIL TO BUYER; | | 0.30 | N/C |
| **08/14/2015** | | | | |
| MPL | ATTENTION TO SALE ISSUES. | 350.00 | 0.40 | 140.00 |
| **08/18/2015** | | | | |
| MPL | REVIEW MOTION FOR RELIEF FROM STAY ON RESIDENCE. | 350.00 | 0.30 | 105.00 |
| MPL | CONFERENCE WITH TRUSTEE REGARDING SAME. | 350.00 | 0.40 | 140.00 |
| **08/21/2015** | | | | |
| SMR | RECEIVE NOTICE OF PRELIMINARY HEARING ON STAY RELIEF; UPDATE CASE FILE; CALENDAR FOR ATTORNEY LANE; | | 0.10 | N/C |
| **08/25/2015** | | | | |
| SMR | PREPARATION OF APPLICATION FOR FRBP 2004 EXAMINATION; PREPARATION OF ORDER REGARDING SAME; ELECTRONIC COURT FILING; CALENDAR | | 1.00 | N/C |
| MPL | REVIEW SCHEDULES FILE (FINALLY) BY DEBTOR. | 350.00 | 0.60 | 210.00 |

ROGER BROWN, TRUSTEE

COLE, DONITA

| | | Rate | Hours | |
|---|---|---|---|---|
| MPL | CONFERENCE WITH TRUSTEE REGARDING SAME. | 350.00 | 0.50 | 175.00 |

08/28/2015
| | | Rate | Hours | |
|---|---|---|---|---|
| SMR | RECEIVE SIGNED ORDER REGARDING 2004 EXAMINATION; UPDATE CASE FILE; PREPARATION OF NOTICE OF RULE 2004 EXAMINATION; ELECTRONIC COURT FILING; | | 0.40 | N/C |

09/08/2015
| | | Rate | Hours | |
|---|---|---|---|---|
| MPL | REVIEW DEBTOR OBJECTION TO SALE AND DECLARATION IN SUPPORT OF OBJECTION. | 350.00 | 0.40 | 140.00 |
| MPL | REVIEW DEBTOR MOTION TO CONVERT. | 350.00 | 0.10 | 35.00 |
| MPL | CONFERENCE WITH TRUSTEE REGARDING SAME. | 350.00 | 0.50 | 175.00 |
| | CASE ADMINISTRATION | | 5.10 | 1,670.00 |
| | For Current Services Rendered | | 5.10 | 1,670.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| MICHAEL P. LANE | 4.60 | $350.00 | $1,610.00 |
| SHEILA M. ROCHIN | 0.50 | 120.00 | 60.00 |

Expenses

| | | |
|---|---|---|
| 08/01/2015 | POSTAGE @ $.48.5 | 0.48 |
| 08/03/2015 | POSTAGE @ $.70.5 | 0.71 |
| 08/05/2015 | COPIES @ $.25 EACH | 3.00 |
| 08/14/2015 | COPIES @ $.25 EACH | 1.00 |
| 08/25/2015 | POSTAGE @ $.48.5 | 0.48 |
| 08/25/2015 | COPIES @ $.25 EACH | 2.50 |
| 08/28/2015 | COPIES @ $.25 EACH | 2.00 |
| 08/28/2015 | POSTAGE @ $.70.5 | 0.71 |
| 09/15/2015 | PACER FEE | 6.30 |
| 09/15/2015 | COPIES; POSTAGE AND PROCESSING | 10.00 |
| | Total Expenses | 27.18 |
| | Total Current Work | 1,697.18 |
| | **Balance Due** | $1,697.18 |