**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Roger W. Brown, Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 13 Case) |
|---|---|
| DONITA J. COLE | No. 2:15-bk-07045-EPB |
| Debtor. | **NOTICE OF APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS AS AN ADMINISTRATIVE EXPENSE** |

TO: The creditors and parties in interest:

PLEASE TAKE NOTICE that Lane & Nach, P.C., attorneys for Roger W. Brown, the Chapter 7 Trustee, has filed an Application for Payment of Attorneys' Fees and Costs As An Administrative Expense and as a pre-confirmation distribution, in the total sum of $1,697.18 for services provided to the Chapter 7 Trustee. A complete copy of same is on file with the Clerk of the Court and available for inspection.

If approved, these fees and costs will be paid from funds held by the Trustee. Payment is not the Debtor's responsibility.

Any person opposing same shall file a written objection, together with a notice of hearing, on or before 21 days of the date of this mailing as follows: Clerk of the United States Bankruptcy Court, as follows: (a) by hand-delivery or by mail to 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures, with a copy to: Lane & Nach, P.C., 2001 East Campbell Avenue, Suite 103 , Phoenix, AZ 85016.

**Objections should be supported by specific facts. It shall not be a sufficient objection that objector is an unpaid general creditor.** If the party in interest timely objects in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the Court will sign an Order without further notice to you.

DATED: September 18, 2015.          LANE & NACH, P.C.


                                    By  /s/ MPL 007435
                                         Michael P. Lane
                                         Attorney for Trustee

Lane & Nach, P.C.
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016