Donita J. Cole
2033 E Oasis Street
Mesa AZ 85213

Pro Se

FILED
2015 SEP 29 AM 8:38
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re )
 )
 DONITA J. COLE, ) **Case No.: 2-15-bk-07045-EPB**
 )
 Debtor, ) **Chapter 7**
 )
 )
 ) <u>**Proof/Certificate**</u>
 )
 ) <u>**of Service for:**</u>
 )
 )
 ) Chapter 13 Plan,
 )
 ) B 22 C1 and C2 Means Test
 )
 )

**PROOF/ CERTIFICATE OF SERVICE**

I hereby certify that I am a woman/man living in the boundaries of Arizona and that I am over the age of 18 years.

My location is: ___Mesa___, Arizona

On the date below, I, hand delivered _____ OR mailed __X____

By placing a true copy thereof enclosed in a sealed envelope via United States Postal Service, fully prepaid, at ___Mesa___, Arizona addressed as set forth below;

the following document/s:

---

1

Proof / Certificate of Service for ch 13 plan and means test

**Chapter 13 Plan, B 22 C1 and C2 Means Test**

to the following person/s:

Russell Brown
Chapter 13 Trustee
3838 North Central Avenue, Suite 800
Phoenix, AZ 85012

US Trustee's Office
230 N. First Ave., #204…
Phoenix, AZ 85003

USTPRegion14.PX.ECF@USDOJ.GOV

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2015   By: _*Debbie Smith*_

_*Debbie Smith*_
Print Name

---

2

Proof / Certificate of Service for ch 13 plan and means test