Clint W. Smith (010461)
CLINT W. SMITH, P.C.
1423 S. Higley Rd., #128
Mesa, AZ 85206
(480) 807-9300
(480) 275-5626 (fax)
cws@cwspclaw.com
Attorney for MR Capital, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2-15-bk-07045-EPB |
| DONITA J. COLE, | Chapter 7 |
| Debtor. | NOTICE OF FILING AND LAST DATE TO FILE RESPONSE OR OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CERTIFICATE OF MAILING |
| MR CAPITAL, LLC, | |
| Movant, | |
| v. | |
| DONITA J. COLE, Debtor, and RUSSELL BROWN, Trustee, | |
| Respondents. | |

NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

On September 30, 2015 in the state court, Movant was awarded ongoing rent of $1500 per month and a total judgment of $3,355. Debtor has failed to pay anything towards that award, the ongoing rent or otherwise. Meanwhile, Debtor has appealed decisions in this and the state court, and continues to reside in Movant's Property rent-free.

Therefore, Movant is entitled to an Order Lifting Stay to allow it to proceed under applicable non-bankruptcy law, including collection and enforcement actions, related to that certain Judgment (Exhibit B to the Motion) and continuing proceedings in North Mesa Justice Court, Case No. CC2015-133544.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

> MRE Capital, LLC
> c/o Clint W. Smith
> CLINT W. SMITH, P.C.
> 1423 S. Higley Rd., #128
> Mesa, AZ 85206
> (480) 275-5626 (fax)
> cws@cwspclaw.com

WITHIN 14 DAYS of service of the Motion, the Motion for Relief from the Automatic Stay may be granted without further hearing. In the event that an objection or response is filed, a hearing will be scheduled in the United States Bankruptcy Court on said objection or response.

RESPECTFULLY SUBMITTED this 22nd day of October, 2015.

CLINT W. SMITH, P.C.

/s/ Clint W. Smith
Clint W. Smith
Attorney for MR Capital, LLC

## CERTIFICATE OF SERVICE AND MAILING

PLEASE TAKE NOTICE that a Motion for Relief from the Automatic Stay and Exhibits in support thereof, and this Notice of Filing Motion for Relief from the Automatic Stay, Proposed Order Lifting Stay, and General Order were mailed this 29th day of July, 2015, via U.S. Mail, to the parties below listed.

DATED this 22nd day of October, 2015.

CLINT W. SMITH, P.C.

/s/    Clint W. Smith

Copy of the foregoing and all Notices and required documents have been mailed/*emailed this 22nd day of October, to the following:

Donita J. Cole
2033 E Oasis Street
Mesa AZ 85213
Debtor

Russell Brown*
Suite 800, 3838 N Central Ave
Phoenix, AZ 85012-1965
Trustee

US Trustee's Office*
230 N. First Ave., #204
Phoenix, AZ  85003

/s/  Clint W. Smith