Clint W. Smith (010461)
CLINT W. SMITH, P.C.
1423 S. Higley Rd., #128
Mesa, AZ 85206
(480) 807-9300
(480) 275-5626 (fax)
cws@cwspclaw.com
Attorney for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2-15-bk-07045-EPB |
| DONITA J. COLE, | Chapter 7 |
| Debtor. | NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| MR CAPITAL, LLC, | (Rel. Dkt #24) |
| Movant, | |
| v. | |
| DONITA J. COLE, Debtor, and ROGER BROWN, Trustee, | |
| Respondents. | |

Movant having filed a Motion for Relief from Stay (the "Motion") in the above-captioned proceeding and an objection thereto having been filed;

**NOTICE IS HEREBY GIVEN THAT:**

1. A preliminary hearing on the Motion for Relief from the Stay shall be held on **December 9, 2015, at 2:30 p.m., at 230 N. First Avenue, Courtroom 703, 7th Floor, Phoenix, Arizona 85003**.

-1-
Case 2:15-bk-07045-EPB    Doc 88    Filed 11/09/15    Entered 11/09/15 12:34:10    Desc
Main Document    Page 1 of 2

2. The provisions of the attached Order Continuing Stay in Affect Pending Preliminary Hearing and Establishing Procedures for Resolution of Stay Relief Motions

Dated: November 9, 2015

/s/ Clint W. Smith
Attorney for Movant

CERTIFICATE OF SERVICE AND MAILING

Copy of the foregoing and all required documents
have been mailed/*emailed this 9th day of November, 2015,
to the following:

Donita J. Cole
2033 E Oasis Street
Mesa AZ 85213
Debtor

RUSSELL BROWN*
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965

US Trustee's Office*
230 N. First Ave., #204
Phoenix, AZ 85003

/s/ Clint W. Smith