Clint W. Smith (010461)
CLINT W. SMITH, P.C.
1423 S. Higley Rd., #128
Mesa, AZ 85206
(480) 807-9300
(480) 275-5626 (fax)
cws@cwspclaw.com
Attorney for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DONITA J. COLE,<br><br>    Debtor.<br><br>---<br><br>MR CAPITAL, LLC,<br><br>    Movant,<br><br>v.<br><br>DONITA J. COLE, Debtor, and RUSSELL A. BROWN, Trustee,<br><br>    Respondents. | Case No. 2-15-bk-07045-EPB<br><br>Chapter 7<br><br>AMENDED NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>(Re: Dkt #83) |

Movant having filed a Motion for Relief from Stay (the "Motion") in the above-captioned proceeding and an objection thereto having been filed;

**NOTICE IS HEREBY GIVEN THAT:**

1. A preliminary hearing on the Motion for Relief from the Stay shall be held on **December 9, 2015, at 2:30 p.m., at 230 N. First Avenue, Courtroom 703, 7th Floor, Phoenix, Arizona 85003**.

2. The provisions of the attached Order Continuing Stay in Affect Pending Preliminary Hearing and Establishing Procedures for Resolution of Stay Relief Motions

Dated: November 9, 2015

/s/ Clint W. Smith
Attorney for Movant

CERTIFICATE OF SERVICE AND MAILING

Copy of the foregoing and all required documents
have been mailed/*emailed this 9th day of November, 2015,
to the following:

Donita J. Cole
2033 E Oasis Street
Mesa AZ 85213
Debtor

RUSSELL BROWN*
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965

US Trustee's Office*
230 N. First Ave., #204
Phoenix, AZ 85003

/s/ Clint W. Smith