# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DONITA J COLE | | |
| **Case Number:** | 2:15-BK-07045-EPB | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 09, 2015 02:30 PM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. | | |
| **Courtroom Clerk:** | ANNETTE AGUILAR | | |
| **Reporter / ECR:** | MARGARET KELLY | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE COLLECTION ON JUDGMENT FILED BY MR CAPITAL, LLC

**R / M #:**   83 / 0

## Appearances:

DONITA J. COLE, PRO SE DEBTOR
CLINT W. SMITH, ATTORNEY FOR MR CAPITAL, LLC

## Proceedings:

Ms. Cole states that she has been making payments to state court and does not believe this Court has jurisdiction given there is an appeal pending.

Mr. Smith provides a review of the matter and answers the Court's questions.

Ms. Cole provides a chronological review of the matter. She believes the order for relief from stay should be vacated.

The Court addresses the matter under appeal and explains the difference from this matter.

Ms. Cole understands.

COURT:  IT IS ORDERED granting the motion for stay relief and directing Mr. Smith to upload an appropriate form of order.