Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DONITA J COLE,<br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 2:15-07045-EPB<br><br>**TRUSTEE'S PRELIMINARY RECOMMENDATION**<br><br>1/28/16 |

The Debtor is acting *pro se* (without an attorney) and is presumed to know bankruptcy laws and rules of bankruptcy procedure. Glass v. Hitt, 60 F.3d 565 (9th Cir. 1995). Therefore, the Trustee presumes that the Debtor is capable of timely resolving issues which may arise in the case, including creditor objections and any stated in this Recommendation.

The Trustee has reviewed the Plan, Schedules and Statement of Financial Affairs. The Trustee notes the following initial problems, which must be resolved before recommending confirmation of the Plan:

(1) The Debtor is currently $100.00 in default with an additional $100.00 payment coming due January 15, 2016. A total of $200.00 will be due by January 28, 2016.

(2) The Debtor must submit her 2014 Federal and State Income Tax Returns, to include all schedules, statements, and attachments, not later than January 28, 2016.

(3) The Debtor must file an Amended Plan by January 28, 2016 with the following changes:

    A. The mortgage on Debtor's Real Property should be listed as a Secured debt to MR Capital, LLC.

    B. As the Motion for Relief has been granted, the Real Property should be listed as surrendered property under Paragraph E of the Plan.

(4) Provide all documents, including but not limited to; transfers of title, promissory notes, cleared checks, lien holder records and receipts related to the debt owed to Marla Chantry.

(5) A review of the Department of Motor Vehicle Records shows several vehicles that were not disclosed on the Debtor's Schedule B. The DMV shows the following vehicles as titled in the Debtor or her non-filing spouse's name:

    A. 2004 Ford Pickup

    B. 1974 Jeep

    C. 1954 Chevrolet

    D. 2004 Trailer

The Trustee requires a written explanation regarding the current ownership of the above mentioned vehicles. The Trustee requires documentation including but not limited to; titles, transfers of title, receipts, bills of sale, and cancelled checks evidencing the purchase or sale of the vehicles. If the Debtor or her non-filing spouse owns any vehicles that have not been disclosed, the Debtor must file an amended Schedule B.

- 2 -

If The Debtor brings Plan payments current, provides tax returns, files an amended Plan based on the Trustee's above recommendations, complies with the request for information on the debt to Marla Chantry, and provides information on the undisclosed vehicles, the Trustee will file a Supplemental Recommendation.

**SUMMARY**: Pursuant to Local Rule 2084-10, by the deadline of January 28, 2016, the Debtor is to comply with the above or the Trustee will lodge a dismissal order.

Copy mailed to :

Debtor Mailer:

DONITA J COLE

2033 EAST OASIS STREET

MESA, ARIZONA 85213

Pro Se

    By:/s/ REF

      Rachel Flinn