```
                         United States Bankruptcy Court
                              District of Arizona
In re:                                                       Case No. 15-07045-EPB
DONITA J COLE                                                Chapter 13
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0970-2       User: olmansonk        Page 1 of 1        Date Rcvd: Dec 30, 2015
                           Form ID: ntcntry       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2016.
db            +DONITA J COLE,    2033 E OASIS STREET,    MESA, AZ 85213-9727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2015 at the address(es) listed below:
              CLINT W. SMITH     on behalf of Creditor    MR Capital, LLC cws@cwspclaw.com
              CLINT W. SMITH     on behalf of Creditor    ME Capital, LLC cws@cwspclaw.com
              RACHEL ELIZABETH FLINN    on behalf of Trustee RUSSELL  BROWN rflinn@ch13bk.com,  dsmith@ch13bk.com
              RUSSELL  BROWN    ecfmailclient@ch13bk.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                              TOTAL: 5

FORM ntcntry

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                          Case No.: 2:15−bk−07045−EPB

DONITA J COLE                   Chapter: 13
2033 E OASIS STREET
MESA, AZ 85213
**SSAN:** xxx−xx−8424
**EIN:**

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on December 30, 2015, this Court entered the enclosed judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: December 30, 2015**

**Address of the Bankruptcy Clerk's Office:**       Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                **George Prentice**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov