```
                            United States Bankruptcy Court
                                  District of Arizona
In re:                                                          Case No. 15-07045-EPB
DONITA J COLE                                                   Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0970-2     User: olmansonk      Page 1 of 1       Date Rcvd: Dec 30, 2015
                         Form ID: pdf004      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2016.
db        +DONITA J COLE,   2033 E OASIS STREET,   MESA, AZ 85213-9727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2015 at the address(es) listed below:
              CLINT W. SMITH    on behalf of Creditor    MR Capital, LLC cws@cwspclaw.com
              CLINT W. SMITH    on behalf of Creditor    ME Capital, LLC cws@cwspclaw.com
              RACHEL ELIZABETH FLINN    on behalf of Trustee RUSSELL  BROWN rflinn@ch13bk.com, dsmith@ch13bk.com
              RUSSELL   BROWN    ecfmailclient@ch13bk.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                           TOTAL: 5

SO ORDERED.

Dated: December 30, 2015

**Eddward P. Ballinger Jr., Bankruptcy Judge**

Clint W. Smith (010461)
CLINT W. SMITH, P.C.
1423 S. Higley Rd., #128
Mesa, AZ 85206
(480) 807-9300
(480) 275-5626 (fax)
cws@cwspclaw.com
Attorney for MR Capital, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DONITA J. COLE,<br><br>    Debtor.<br>_____<br><br>MR CAPITAL, LLC,<br><br>    Movant,<br>v.<br><br>DONITA J. COLE, Debtor, and RUSSELL BROWN, Trustee,<br><br>    Respondents. | Case No. 2-15-bk-07045-EPB<br><br>Chapter 13<br><br>CORRECTED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY |

    Movant, MR Capital, LLC, by and through counsel, having filed a Motion for Relief from the Automatic Stay with respect to collection on a post-petition Judgment, an objection having been filed and a hearing held on December 9, 2015, good cause appearing,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.    Effective as of the date of this signed order, all stays, including without limitation, injunctions, restraining orders, and automatic stays provided by 11 U.S.C. §362 are hereby immediately modified and terminated as regards collection and enforcement actions related to that

-1-

certain Judgment and continuing proceedings in North Mesa Justice Court, Case No. CC2015-133544.

    2.    IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED: _____, 2015.

_____
Honorable Eddward P. Ballinger

-2-

Case 2:15-bk-07045-EPB    Doc 99    Filed 12/30/15    Entered 01/01/16 23:11:43    Desc
Imaged Certificate of Notice    Page 3 of 3