# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

DONITA J. COLE,
    Debtor

Case No. 2:15-bk-07045-EPB
Chapter: 13

_____/

## STATEMENT OF THE ISSUES TO BE PRESENTED

Appellant will present the following issues on appeal:

Did MR CAPITAL LLC have constitutional, prudential or statutory standing to request relief from stay?

Was it error to grant ME CAPITAL LLC relief from stay without first meeting its burden to prove it has have constitutional, prudential or statutory standing to request relief from stay?

Was it error to grant ME CAPITAL LLC relief from stay without first meeting its burden to show the property was decline in value and lacks equity?

Was it error for the bankruptcy court to not consider the legal effect of cancelling all documents relating to the mortgage debt upon debtor's mailing of a Notice of Rescission?

Was it error for bankruptcy court to treat ME Capital LLC as owners of the Property based on a deed obtained through fraud, trickery and misrepresentation?

Dated: January 4, 2016

### CERTIFICATE OF SERVICE

    We The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date January 4, 2016.

Respectfully submitted,

*/s/ Donita Cole*
DONITA J. COLE, Pro Se

**SERVICE LIST**:

Roger W. Brown,
PO Box 32967
Phoenix AZ 85064-2967
Trustee