
FILED
JAN - 4 2016
UNITED STATES
BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

DONITA J. COLE,
      Debtor

Case No. 2:15-bk-07045-EPB
Chapter: 13

_____/

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORDS ON APPEAL

**Entire docket**

Dated: January 4, 2016

### CERTIFICATE OF SERVICE

We The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date January 4, 2016.

Respectfully submitted,

_____
DONITA J. COLE, Pro Se

**SERVICE LIST:**

Roger W. Brown,
PO Box 32967
Phoenix AZ 85064-2967
Trustee