UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA


FILED
JAN - 4 2016

In re:

DONITA J. COLE,
    Debtor

Case No. 2:15-bk-07045-EPB

Chapter: 13

_____/

## WRITTEN REQUEST FOR THE TRANSCRIPT

Debtor hereby makes his written request for the transcript and to deliver a copy to the court reporter.

Dated: January 4, 2016

### CERTIFICATE OF SERVICE

We The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date January 4, 2016.

Respectfully submitted,

*Donita Cole*
DONITA J. COLE, Pro Se

**SERVICE LIST:**

Roger W. Brown,
PO Box 32967
Phoenix AZ 85064-2967
Trustee