# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | DONITA J COLE | | |
| **Case Number:** | 2:15-BK-07045-EPB | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 27, 2016 11:00 AM  7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. | | |
| **Courtroom Clerk:** | ANNETTE AGUILAR | | |
| **Reporter / ECR:** | MARGARET KELLY | | |

## *Matter:*

HEARING ON DEBTOR'S FIRST SUPPLEMENTAL EXIGENT EMERGENCY PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER, TEMPORARY INJUNCTION AND PERMANENT INJUNCTION AGAINST ALL DEFENDANTS

**R / M #:**  108 / 0

## *Appearances:*

RACHEL ELIZABETH FLINN, ATTORNEY FOR RUSSELL BROWN
STEPHEN BROWER, ATTORNEY FOR MR CAPITAL, LLC
DONITA J. COLE, PRO SE DEBTOR

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:15-BK-07045-EPB        WEDNESDAY, JANUARY 27, 2016 11:00 AM

### *Proceedings:*

The Court provides its analysis of the case.

Mr. Brower informs the Court that inventory was taken and a notice of the items was provided to Ms. Cole.

Ms. Cole states her position.

Mr. Brower explains that the property is stored in pods, but exempt property is stored in the garage and is available to Ms. Cole. He goes on to answer the Court's questions regarding removal and storage costs.

The Court explains to Ms. Cole the creditor's position and informs her that she is able to obtain her exempt property today if she likes.

Ms. Cole informs the Court she is able to retrieve her exempt property over the weekend.

The Court further suggests that the parties communicate and that if there is a dispute, to call the Courtroom Deputy to schedule a call.

Ms. Flinn states the trustee's recommendation was issued last month.

Ms. Cole explains she was unable to retrieve any of her mail.

Ms. Flinn agrees to extend the deadline for an additional 30 days and provides Ms. Cole with a hard copy of the trustee's recommendation.

Mr. Brower confirms that the exempt property is immediately available and will communicate with debtor via email. He also states debtor is able to obtain her postal mail.

The Court and Ms. Flinn discuss a date certain for debtor to comply.

COURT:  IT IS ORDERED Ms. Cole is to comply with the trustee's recommendation by February 26, 2016.