IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

| | |
|---|---|
| Bankruptcy Judge: | Eddward P. Ballinger, Jr. |
| Case Name: | Donita J. Cole - Chapter 13 |
| Case Number: | 2:15-bk-07045-EPB |
| Subject of Matter: | Debtor's Motion to Transfer Case |
| Date Matter Ruled Upon: | March 1, 2016 |

After review,

IT IS ORDERED denying Debtor's Motion to Transfer / Re-Assign Case to Judge Madeleine C. Wanslee.