Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*

FILED
2016 MAR -8 PM 12: 01
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

**DONITA J. COLE,**

*Debtor,*

Case No.: **2-15-bk-07045-EPB**

Chapter 13

## MOTION TO DISQUALIFY JUDGE EDDWARD P. BALLINGER JR.

Comes now the chapter 13, Debtor, DONITA J. COLE (hereinafter "DONITA"), without an attorney, files this Motion To Disqualify Judge and in support state the following:

1. Debtor has genuine fear that the presiding judge will not be un-biased at any future hearings in this case.

2. Judge Eddward P. Ballinger Jr. refuses to take judicial notice of the very bankruptcy code he is charged with enforcing.

3. Judge Eddward P. Ballinger Jr. has denied Debtor her constitutionally protected right to equal protection by selectively enforcing the code for some debtors but not others as has occurred in this case when the Judge overlooked and failed to enforce the automatic stay that arose upon the filing of the petition in this case. (*see Exhibit A*)

4. Judge Eddward P. Ballinger Jr. has strong personal opinions about the effect of the Notice of Rescission debtor mailed even through his strong opinions controvert established federal laws enacted by Congress.

5. Debtor's husband has also filed a petition in this court pursuant to chapter 7 of the

-1-

Bankruptcy Code.

6. Judge Madeleine C. Wanslee treated Donita's husband with respect and dignity that left Debtor wanting the same type treatment that is absent in proceedings conducted by Judge Eddward P. Ballinger Jr.

WHEREFORE, DONITA moves this Court to grant her Motion To Disqualify Judge.

March 8, 2016.

*Respectfully submitted,*

by: _____
**DONITA J. COLE** *without an attorney*
P.O. Box 4907
Mesa, Arizona 85211

# EXHIBIT A

# State and Bankruptcy Case Time Lines

**Red – Violation of Stay  -  Blue – BK Stay in effect**

| # | DONITA/KEVEN STATE CASE CC 2015-33544 | Date of Filing | DONITA BK CASE 2-15-bk-07045-EPB | Docket # and Date of Filing | KEVEN BK CASE 2:15-bk-16235-MCW |
|---|---|---|---|---|---|
| 1 | 1st Summons Complaint | 7/21/15 | | | |
| 2 | Notice of Filing BK in State Court | 7/23/15 | ORDER Reinstating BK | #19 - 7/23/15 | |
| 3 | Stay in place | | Motion for Relief from Stay as to ME CAPITAL | #24 - 7/30/15 | |
| 4 | Stay in Place | | Objection to Relief from Stay as to ME CAPITAL | #31 - 8/18/15 | |
| 5 | Stay in place | | Order Converting Case to BK 13 | #54 - 9/15/15 | |
| 6 | Stay in place | | Minute Entry for Relief from Stay | #61 - 9/18/15 | |
| 7 | 2nd Summons Complaint | 9/21/15 | Stay in Place | | |
| 8 | Motion to Quash Summons | 9/28/15 | ORDER Granting Motion for Relief from Stay as to ME CAPITAL | #65 - 9/28/15 | |
| 9 | Stay in place | | Motion for Reconsideration | #66 - 9/30/15 | |
| 10 | Judgment Order | 9/30/15 | Stay in Place | | |
| 11 | Stay in place | | ORDER Denying Motion for Reconsideration as to ME CAPITAL | #73 - 10/2/15 | |
| 12 | Stay in place | | | | NOTICE of BK Appeal #79 - 10/16/15 |

| # | | | | | |
|---|---|---|---|---|---|
| 13 | Stay in place | | 2nd Motion for Relief from Stay as to MR CAPITAL | #83 - 10/22/15 | |
| 14 | Stay in place | | Objection to Relief from Stay | #87 - 11/6/15 | |
| 15 | Stay in place | | **ORDER Continuing Stay** | #90 – 11/9/15 | |
| 16 | Stay in place | | Minute Entry for Relief from Stay | #92 - 12/9/15 | |
| 17 | **WRIT OF POSSESSION Signed 9:06 am** | 12/30/15 | **ORDER** on Motion for Relief from Stay as to MR CAPITAL Signed 11:47 am | #95 - 12/30/15 | Keven's Bankruptcy is filed on 12/30/15 at 1:36 pm |
| 18 | **EVICTION** | 12/31/15 | Motion for Reconsideration, which stays proceedings | #97 - 12/31/15 | Stay in place |
| 19 | Stay in place | | Stay in place | | Stay in place |
| 20 | Stay in place | | Stay in place | | Stay in place |
| 21 | Stay in place | | **ORDER** Denying Motion for Reconsideration as to MR CAPITAL | #104 - 1/8/16 | Stay in Place |
| 22 | | | | | 1/15/16 Bankruptcy was dismissed because while a stay was in place Keven was denied access to his home + papers. |
| 23 | | | **ORDER REINSTATING KEVEN's BK CASE** | #22 – 2/18/16 | Stay in place |
| 24 | | | Stay in place | 2/22/16 | MR CAPITAL **VIOLATED STAY** by throwing Petitioner's belongings into dumpster |

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list below, on this date March 8, 2016.

by: *Donita Cole*
DONITA J. COLE, *without an attorney*

Eddward P. Ballinger Jr.
US Bankruptcy Court
230 N 1st Ave, Ste 101
Phoenix, AZ 85003

Stephen Brower
Moyes Sellers & Hendricks
1850 N. Central Avenue
Suite 1100
Phoenix, AZ 85004

CLINT W. SMITH, P.C.
1423 S. Higley Rd., #128
Mesa, AZ 85206

Rachel E. Flinn
Russell Brown
3838 N. Central Avenue, Suite 800
Phoenix, AZ 85011

Office of the US Trustee
230 N. Central Avenue, Suite 204
Phoenix, AZ 85003

- 4 -