Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*

FILED
2016 MAR -8 PM 12:01
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

## UNITED STATES BANKRUPTCY COURT
District of Arizona

**DONITA J. COLE,**

*Debtor,*

Case No.: **2-15-bk-07045-EPB**

Chapter 13

### DONITA J. COLE'S MOTION TO DISQUALIFY TRUSTEE

Comes now the chapter 13, Debtor, DONITA J. COLE (hereinafter "DONITA"), without an attorney, files her Motion To Disqualify Trustee, and in support state the following:

1. On 12/29/15, (Doc 94) the trustee in this case filed a "TRUSTEE'S PRELIMINARY RECOMMENDATION".

2. Trustee knew or should have known that an automatic stay was in effect as to MR CAPITAL LLC and that he was charged with the fiduciary duty to protect the estate and debtor from violators of the automatic stay. (*see Exhibit A*)

3. Debtor has genuine fear that the bankruptcy trustee in this case intentionally breached his/her fiduciary duties in this case.

4. The bankruptcy trustee failed to act to protect the bankruptcy estate in this case by failing to take any action what so ever to protect the estate from violations of automatic stay by allowing MR CAPITAL LLC to confiscate the real and personal assets of Debtor and the estate without taking any action to stop them.

5. Worse yet, the trustee has been pushing debtor to amend the schedules in a manner

-1-

that would let the violators (MR CAPITAL LLC and their cronies) go unpunished for the wrongs the violators perpetrated against debtor and the bankruptcy estate.

6. The bankruptcy trustee exhibited paralysis, utter inaptness and gross negligence in performing his/her fiduciary duties to debtor and the estate.

7. The bankruptcy trustee's inaction and the persistent threats he/she made, and continues to make, to debtor that the case will be dismissed if Debtor does not amend the schedule in a manner that will most certainly free the wrongdoers from being accountable to debtor and the law and insulate them from liabilities relating to debtor's tort claims.

8. Debtor is left to wonder what purpose this trustee serves as to debtor and the estate in this case. Does this trustee have a common interest with certain self-proclaimed creditors ( MR CAPITAL LLC and ME Capital LLC ) who are bent on illegally confiscating debtor's real and personal property? If this is the case, it is a horrific conflict of interest and requires the involvement of federal authorities to conduct a thorough investigation in what appears to be multiple violations of the Racketeer Influenced and Corrupt Organizations Act.

9. The First and Ninth Circuit courts disagree with the majority rule and hold that a bankruptcy trustee may be liable for damages resulting from his negligent breaches of his fiduciary duties. Id. at 570 (citing In re Gorski, 766 F.2d at 726 (holding liability may attach as the result of negligent, as well as knowing or intentional breaches)). For example, in In re Cochise College Park, Inc., the Ninth Circuit held that a trustee was subject to personal liability not only for intentional acts, but also for negligently violating his statutorily-imposed duties. See McCullough, supra note 1, at 179 (citing Hall v. Perry (In re Cochise College Park, Inc.), 703 F.2d 1339, 1357 (9th Cir. 1983)).

10. The Trustee filed and DONITA objected to MOTION TO CONVERT TO CHAPTER 7 as it contains misrepresentation of the payment status of Debtor. Debtor, through an automatic withdrawal has been current on all her payments. The false statement made by MR CAPITAL LLC only serves to harass the Debtor and

- 2 -

keep the court's focus away from the violations of the automatic stay it has committed against the debtor and the estate.

11. DONITA filed a motion for extension of time to file amended schedules so as to include claims against MR CAPITAL LLC and ME CAPITAL LLC and the trustee.

12. DONITA has filed a motion to assign a new trustee to this case. Said motion remains pending.

13. DONITA has filed a motion to assign case to another judge. This motion remains was denied.

14. MR CAPITAL LLC has been provided complete immunity by its associates from violations and wrongful acts committed by MR. CAPITAL LLC against DONITA, her family members and the bankruptcy estate.

15. Rather than ask for forgiveness, MR CAPITAL LLC chooses to exhibit arrogance that can only be supported by its unfounded belief that it is above the law or is completely insulated from liability in this court, with insiders assistance and protection.

16. MR. CAPITAL LLC wants more favors from his insiders so as to further forcefully deprive DONITA of her property in violation of the code and established law.

17. The Motion to Convert to Chapter 7 filed by Mr. Capital speaks volumes about the level of coordination between the trustee and MR CAPITAL LLC and its attorney (equally complicit). The motion speaks of events that has not occurred or about to occur. The motion speaks of a threat that a trustee will lodge an Order dismissing the case. Since when does a trustee issue Orders? Is it not the function of the Judge to issue the orders? How can MR CAPITAL LLC and its attorney be the one administering the case? Is it not the duty of the trustee to administer the case?

18. It appears that the trustee and Mr. Capital have commenced a coordinated assault on DONITA in an effort to utilize the Court to further Mr. Capital and its associate's devious and illegal plans.

- 3 -

WHEREFORE, for all the above stated reasons, DONITA moves this court to disqualify the Trustee in this case. DONITA genuinely fears the on-going retribution from this trustee and his/her associates who are attempting to either have the case dismissed or converted over DONITA's objection.

DATED: March 8, 2016.

*Respectfully submitted,*

by: /s/ Donita Cole
**DONITA J. COLE** *without an attorney*
P.O. Box 4907
Mesa, Arizona 85211

- 4 -

# EXHIBIT A

# State and Bankruptcy Case Time Lines

**Red – Violation of Stay  -  Blue – BK Stay in effect**

| # | DONITA/KEVEN STATE CASE CC 2015-33544 | Date of Filing | DONITA BK CASE 2-15-bk-07045-EPB | Docket # and Date of Filing | KEVEN BK CASE 2:15-bk-16235-MCW |
|---|---|---|---|---|---|
| 1 | 1st Summons Complaint | 7/21/15 | | | |
| 2 | Notice of Filing BK in State Court | 7/23/15 | ORDER Reinstating BK | #19 - 7/23/15 | |
| 3 | Stay in place | | Motion for Relief from Stay as to ME CAPITAL | #24 - 7/30/15 | |
| 4 | Stay in Place | | Objection to Relief from Stay as to ME CAPITAL | #31 - 8/18/15 | |
| 5 | Stay in place | | Order Converting Case to BK 13 | #54 - 9/15/15 | |
| 6 | Stay in place | | Minute Entry for Relief from Stay | #61 - 9/18/15 | |
| 7 | 2nd Summons Complaint | 9/21/15 | Stay in Place | | |
| 8 | Motion to Quash Summons | 9/28/15 | ORDER Granting Motion for Relief from Stay as to ME CAPITAL | #65 - 9/28/15 | |
| 9 | Stay in place | | Motion for Reconsideration | #66 - 9/30/15 | |
| 10 | Judgment Order | 9/30/15 | Stay in Place | | |
| 11 | Stay in place | | ORDER Denying Motion for Reconsideration as to ME CAPITAL | #73 - 10/2/15 | |
| 12 | Stay in place | | | | NOTICE of BK Appeal #79 - 10/16/15 |

| # | | | | | |
|---|---|---|---|---|---|
| 13 | Stay in place | | 2nd Motion for Relief from Stay as to MR CAPITAL | #83 - 10/22/15 | |
| 14 | Stay in place | | Objection to Relief from Stay | #87 - 11/6/15 | |
| 15 | Stay in place | | **ORDER Continuing Stay** | #90 – 11/9/15 | |
| 16 | Stay in place | | Minute Entry for Relief from Stay | #92 - 12/9/15 | |
| 17 | **WRIT OF POSSESSION Signed 9:06 am** | 12/30/15 | **ORDER** on Motion for Relief from Stay as to MR CAPITAL Signed 11:47 am | #95 - 12/30/15 | Keven's Bankruptcy is filed on 12/30/15 at 1:36 pm |
| 18 | **EVICTION** | 12/31/15 | Motion for Reconsideration, which stays proceedings | #97 - 12/31/15 | Stay in place |
| 19 | Stay in place | | Stay in place | | Stay in place |
| 20 | Stay in place | | Stay in place | | Stay in place |
| 21 | Stay in place | | **ORDER** Denying Motion for Reconsideration as to MR CAPITAL | #104 - 1/8/16 | Stay in Place |
| 22 | | | | | 1/15/16 Bankruptcy was dismissed because while a stay was in place Keven was denied access to his home + papers. |
| 23 | | | **ORDER REINSTATING KEVEN's BK CASE** | #22 – 2/18/16 | Stay in place |
| 24 | | | Stay in place | 2/22/16 | MR CAPITAL **VIOLATED STAY** by throwing Petitioner's belongings into dumpster |

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list below, on this date March 8, 2016.

by: /s/ Donita J. Cole
DONITA J. COLE, *without an attorney*

Stephen Brower
Moyes Sellers & Hendricks
1850 N. Central Avenue
Suite 1100
Phoenix, AZ 85004

CLINT W. SMITH, P.C.
1423 S. Higley Rd., #128
Mesa, AZ 85206

Rachel E. Flinn
Russell Brown
3838 N. Central Avenue, Suite 800
Phoenix, AZ 85011

Office of the US Trustee
230 N. Central Avenue, Suite 204
Phoenix, AZ 85003