SO ORDERED.

Dated: March 10, 2016

_____
Eddward P. Ballinger Jr., Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

**Debtor:** DONITA J COLE
**Case Number:** 2:15-BK-07045-EPB   **Chapter:** 13

**Date / Time / Room:** THURSDAY, MARCH 10, 2016 10:00 AM   7TH FLOOR #703
**Bankruptcy Judge:** EDDWARD P. BALLINGER JR.
**Courtroom Clerk:** ANNETTE FRANCHELLO
**Reporter / ECR:** MARGARET KELLY

### Matter:

EXPEDITED HEARING ON MR CAPITAL LLC'S MOTION TO CONVERT CASE
R / M #: 143 / 0

### Appearances:

JOSHUA T. GREER, ATTORNEY FOR MR CAPITAL , LLC
DONITA J. COLE, PRO SE DEBTOR

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:15-BK-07045-EPB            THURSDAY, MARCH 10, 2016 10:00 AM

## Proceedings:

The Court addresses debtor's original schedules and ensues discussion with Ms. Cole regarding the listed property and adjacent strip of land located at 2033 E. Oasis Street in Mesa, Arizona.

Ms. Cole explains that she refinanced in 2008 and answers the Court's questions regarding payments. She has not made payments noting that she rescinded the loan. Ms. Cole confirms to the Court that she did not give the loan amount back.

The Court addresses the motion to convert this case.

Ms. Cole states her objection. She notes that there is pending motion to disqualify and moves to continue this hearing.

COURT:  IT IS ORDERED denying the motion to disqualify.

Ms. Cole is filing for a motion to reconsider the Court's ruling and again moves to continue this hearing.

COURT:  The Court denies the request. The Court also notes debtor has a second motion to remove the trustee. IT IS ORDERED denying the motion to remove the trustee.

The Court and Ms. Cole discuss the trustee's filed response regarding debtor's objection to the motion to convert. Ms. Cole states that she has provided all the requested tax returns to the trustee. She has also filed the amended schedules.

Mr. Greer informs the Court that the case was filed June 8, 2015. Mr. Greer respectfully states his position and requests that the case be converted to Chapter 7.

The Court explains to Ms. Cole the creditor's position. Ms. Cole responds.

The Court explains the difference in real and personal property. The Court further asks Ms. Cole if she is preparing documents for anyone else as indicated in trustee's response.

Ms. Cole states that she is not.

COURT:  IT IS ORDERED taking this matter under advisement.

Mr. Greer alerts the Court that the parties may be before the Court again on a Temporary Restraining Order. He explains that a vehicle is currently parked on top of the irrigation gage that is needed to water the Mesa property.

Ms. Cole confirms that she placed the vehicle at that location so the irrigation would not get turned on and flood the pods.

Mr. Greer will attempt to resolve the issue before the water is set to be delivered on March 14, 2016.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...  2:15-BK-07045-EPB         THURSDAY, MARCH 10, 2016 10:00 AM

COURT:  The Court notes that the matter is not before the Court at this time.

**LATER:**

For the reasons stated on the record and to further the best interests of the estate,

IT IS ORDERED granting the pending motion to convert this case to Chapter 7.