**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Roger W. Brown, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DONITA J. COLE,<br><br>        Debtor. | (Chapter 7 Case)<br><br>No. 2:15-bk-07045-EPB<br><br>**NOTICE OF TRUSTEE'S APPLICATION FOR AUTHORITY TO ENTER INTO A COMPROMISE WITH MR CAPITAL, LLC** |

TO: CREDITORS AND PARTIES-IN-INTEREST:

     Notice is hereby given that Roger W. Brown, Trustee, has filed an Application for Authority to Enter into a Compromise with MR Capital, LLC, a complete copy is on file with the Clerk of the Court and available for inspection.

     MR is a creditor of this Estate, and has successfully obtained stay relief to remove Debtor from the residence located at 2033 East Oasis Street, Mesa, Arizona 85213. MR had previously obtained title to the residence. MR has an unliquidated claim against the Estate as a result of Debtor's prior conduct.

     Among the assets of this Estate are two small parcels of real property adjacent to the Oasis Street Property. These parcels were not disclosed by the Debtor in her Schedules filed with this Court. The two parcels are described as follows:

     (a) Parcel No. 141-03-029A. This parcel is located off of Gilbert Road and is approximately 10.5' x 306.5', with a total area of 3,219 square feet. Upon information and belief, the property is unbuildable and has only nominal value.

     (b) Parcel No. 141-3-031. This parcel is located off of Gilbert Road and is approximately 59.0' x 334.0', with a total area of 19,740 square feet. Upon information and belief, this property is unbuildable due to its elongated alignment and only has minimal value.

     On her schedule, Debtor has listed claims against MR. These claims are property of the Chapter 7 Estate. On her schedule, Debtor has listed claims against Countrywide Bank. These claims are property of the Chapter 7 Estate.

     MR has offer to pay the Trustee the sum of $6,000.00 to acquire the Estate's interest in Parcel No. 141-03-029A, Parcel No. 141-3-031 and any claims the Estate may have against MR or Countrywide Bank. In addition, MR will waive any claims it may have against the Estate and agrees not to take any

distribution from the Estate. Payment to the Trustee will be made within ten (10) days of the entry of an Order approving the Application. Trustee believes the settlement is appropriate after consideration of all of the circumstances.

If you have an objection to Trustee's Application, you must file your objection, specifying the reason therefor, with the Clerk of the Bankruptcy Court (230 North First Avenue, Phoenix, AZ 85003) and serve a copy upon the attorney for the Trustee at the address set forth above on or before the expiration of 21 days from the mailing of this Notice. Unless you file and serve a timely objection, the Application may be authorized without further notice or hearing.

DATED: March 25, 2016.

          LANE & NACH, P.C.

          By /s/ MPL 007435
            Michael P. Lane
            Attorney for Trustee