**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Roger W. Brown, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DONITA J. COLE,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:15-bk-07045-EPB<br><br>**TRUSTEE'S RESPONSE TO DEBTOR'S NOTICE OF VOLUNTARY WITHDRAWAL OF CHAPTER 13 VOLUNTARY PETITION** |

Roger W. Brown, Chapter 7 Trustee, by and through his attorneys undersigned, herein responds to the Debtor's Notice of Voluntary Withdrawal of Chapter 13 Voluntary Petition. In support of this Response, Trustee represents as follows:

This case was commenced by voluntary petition filed by the Debtor under Chapter 7 of Title 11, United States Code, on June 8, 2015. The Debtor voluntarily converted the case to Chapter 13 on September 14, 2015. By Order of this Court, the case was re-converted to a case under Chapter 7 on March 10, 2016.

Debtor cannot voluntarily withdraw her petition and voluntarily dismiss this case. Such relief is only available under 11 U.S.C. §1307(b):

> "On request of the debtor at any time, **if the case has not been converted under §706 1112 or 1208 of this title,** the court shall dismiss a case under this chapter." (emphasis added)

This case had previously been converted from Chapter 7 to Chapter 13; and, now, it is back to Chapter 7. So the Chapter 13 case cannot be dismissed, especially since it is now a Chapter 7 case again.

WHEREFORE, Trustee prays that the Court issue its Order denying Debtor's attempt to dismiss this Chapter 7 case.

RESPECTFULLY SUBMITTED this 30th day of March, 2016.

**LANE & NACH, P.C.**

By /s/ MPL 007435
    Michael P. Lane
    Attorneys for Trustee

COPY of the foregoing mailed:

Donna Cole
P.O. Box 4907
Mesa, AZ 85211
Debtor/Pro Se

Delivered via electronic notification to:

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Edward.K.Bernatavicius@usdoj.gov

By /s/ Sheila Rochin