MOYES SELLERS & HENDRICKS
Stephen Brower (No. 024908)
Joshua T. Greer (No. 025508)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2170
Email: sbrower@law-msh.com
Attorneys for Creditor MR Capital, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

Donita J. Cole,

Debtor.

Chapter 13

Case No.: 2:15-bk-07045-EPB

**MR CAPITAL'S JOINDER IN TRUSTEE'S RESPONSE [DE 178] TO DEBTOR'S MOTION TO DISMISS [DE 174]**

MR Capital, LLC joins the Trustee in responding to Debtor's *Notice of Voluntary Withdrawal of Chapter 13 Voluntary Petition,* dated March 29, 2016 [DE 174]. As pointed out by the Trustee the Court has converted this case to Chapter 7. Accordingly, the Debtor no longer has the right to dismiss her case. *See* 11 U.S.C. § 1307(b). Moreover, the Debtor's position reflects her attitude regarding the bankruptcy process. In 2015, the Debtor sought bankruptcy protection from her creditors. The *sine qua non* of bankruptcy protection is the necessity for the Debtor to abide by the Court's rules. Here the Debtor enjoyed the protection of this Court and forced MR Capital to participate in this bankruptcy. She cannot simply dismiss this case now.[1] Accordingly, MR Capital joins the Trustee in requesting that the Court deny the Debtor's motion to dismiss.

---

[1] MR Capital maintains that continuing this case in Chapter 7 is more beneficial to MR Capital than dismissal. MR Capital expressly incorporates its arguments from its Motion to Convert filed

00142895 3

| | |
|---|---|
| 1 | DATED this 4th day of April 2016 |
| 2 | |
| | MOYES SELLERS & HENDRICKS |
| 3 | |
| 4 | |
| | By:/s/ *Joshua T. Greer* |
| 5 | Stephen Brower |
| | Joshua T. Greer |
| 6 | Attorneys for Creditor MR Capital, LLC |

E-FILED this 4th day of April 2016;

COPIES emailed and/or mailed this same day to:

Donita J. Cole
PO Box 4907
Mesa, AZ 85211
Email: d.cole@cox.net
Debtor *Pro Se*

Michael Lane
Lane & Nach
2001 East Campbell Avenue
Suite 103
Phoenix, Arizona 85016
Email: michael.lane@lane-nach.com
Attorney for Chapter 7 Trustee.

Office of the US Trustee
230 N. Central Avenue, Suite 204
Phoenix, AZ 85003
Email: ustpregion14.px.ecf@usdoj.gov
US Trustee


/s/ *Strong, Carol*

00142895 3