**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorney for Roger W. Brown, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DONITA J. COLE,<br><br>        Debtor. | (Chapter 7 Case)<br><br>No. 2:15-bk-07045-EPB<br><br>**NOTICE OF HEARING AND CERTIFICATE OF SERVICE** |

TO: Debtor/Pro Se

     PLEASE TAKE NOTICE that the Bankruptcy Court has set a hearing on the Debtor's Objection to the Application for Authority to Enter into a Compromise with MR Capital, LLC filed by Roger W. Brown, Trustee. A hearing will be held at the U.S. Bankruptcy Court, 230 North First Avenue, Seventh Floor, Courtroom 703, Phoenix, AZ, on **May 24, 2016**, at the hour of **1:30 p.m**.

     DATED: April 4, 2016.

                             **LANE & NACH, P.C.**

                             By  /s/ MPL 007435
                                  Michael P. Lane
                                  Attorney for Trustee

COPY of the foregoing mailed:

Donna Cole
P.O. Box 4907
Mesa, AZ 85211
Debtor/Pro Se

Lane & Nach, P.C.
2025 North Third St., Suite 157
Phoenix, AZ 85004

Delivered via electronic notification to:

Joshua T. Greer
MOYES, SELLERS & HENDRICKS
1850 N. Central Avenue, Suite 1100
Phoenix, Arizona 85004-4541
Email:   jgreer@law-msh.com
Attorney for MR Capital

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email:  Edward.K.Bernatavicius@usdoj.gov


By /s/ Sheila Rochin