**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Roger W. Brown, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | (Chapter 7 Case) |
|---|---|
| DONITA J. COLE, | No. 2:15-bk-07045-EPB |
| Debtor. | **JOINDER IN MR CAPITAL'S OMNIBUS RESPONSE TO DEBTOR'S APRIL 19 MOTIONS [DE 188-191]** |
| | Hearing Date/Time: 5/24/16 @ 1:30 |

Roger W. Brown, Trustee, by and through his attorneys undersigned, herein joins in MR Capital's Omnibus Response to Debtor's April 19 Motions filed on May 3, 2016, at DE 194.

RESPECTFULLY SUBMITTED this 4th day of May, 2016.

**LANE & NACH, P.C.**


By    /s/ MPL 007435
         Michael P. Lane
         Attorneys for Trustee

COPY of the foregoing mailed:

Donna Cole
P.O. Box 4907
Mesa, AZ 85211
Debtor/Pro Se

Delivered via electronic notification to:

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Edward.K.Bernatavicius@usdoj.gov

By /s/ Sheila Rochin