# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

**Debtor:** DONITA J COLE
**Case Number:** 2:15-BK-07045-EPB  **Chapter:** 7

**Date / Time / Room:** TUESDAY, MAY 24, 2016 01:30 PM  7TH FLOOR #703
**Bankruptcy Judge:** EDDWARD P. BALLINGER JR.
**Courtroom Clerk:** ANNETTE FRANCHELLO
**Reporter / ECR:** MARGARET KELLY

### Matters:

1) DEBTOR'S OBJECTION TO TRUSTEE'S APPLICATION FOR AUTHORITY TO ENTER INTO A COMPROMISE WITH MR CAPITAL, LLC
   R / M #: 175 / 0

2) DEBTOR'S RENEWED MOTION FOR RECONSIDERATION OF ORDER RECONVERTING CASE TO CHAPTER 7
   R / M #: 188 / 0

3) DEBTOR'S RENEWED MOTION TO DISQUALIFY TRUSTEE
   R / M #: 189 / 0

4) DEBTOR'S RENEWED MOTION TO DISQUALIFY JUDGE EDDWARD P. BALLINGER, JR.
   R / M #: 190 / 0

5) DEBTOR'S MOTION TO DISMISS CASE FOR LACK OF SUBJECT MATTER JURISDICTION
   R / M #: 191 / 0

### Appearances:

MICHAEL LANE, ATTORNEY FOR ROGER W. BROWN
DONITA J COLE, PRO SE DEBTOR
RACHEL FLINN, ATTORNEY FOR RUSSELL BROWN
JOSHUA GREER, ATTORNEY FOR MR CAPITAL, LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:15-BK-07045-EPB        TUESDAY, MAY 24, 2016 01:30 PM

## Proceedings:

ITEM #1 - ITEM #5

Ms. Cole states her position. She argues that conversion of her case occurred while a Motion for Reconsideration was pending. She believes that she does not qualify for a Chapter 7. She further does not believe MR Capital has any standing to ask for any relief from this Court. She notes that plan payments have been made and are automatically withdrawn from her account.

Mr. Lane notes that Ms. Cole's objection is the only objection to the compromise. He proceeds to provide a review of the case and argues that debtor is ignoring her duties as a debtor under Chapter 7. He states debtor is overburdening the estate with administrate expenses in dealing with the repetitive motions. He is trying to resolve the case by dealing with the assets that are part of the estate and would like to close the case.

Ms. Flinn informs the Court that since the debtor is no longer in Chapter 13, they have asked their on-line servicer to not allow payments to go through. She states Ms. Cole has returned a $479.00 to the trustee's office. She plans to reissue the check and would like an order from the Court that Ms. Cole cash the check.

Ms. Greer supports the settlement and provides a review of the property.

The Court ensues discussion with Ms. Cole and explains to her that she is in a Chapter 7. The Court further explains to Ms. Cole that she is not to send the check back to the trustee or it will deem it abandoned.

Ms. Flinn suggests that Ms. Cole follow up with her bank to assure payments are not being withdrawn.

COURT: IT IS ORDERED taking these matters under advisement. IT IS FURTHER ORDERED that the parties not respond to any filed motions by the debtor absent Court Order.

**LATER:**

After complete review and consideration of the position of the parties,

IT IS ORDERED overruling Debtor's Objection to Trustee's Application to Enter into a Compromise;

IT IS FURTHER ORDERED granting Trustee's Application for Authority to Enter into a Compromise with MR Capital, LLC;

IT IS FURTHER ORDERED denying Debtor's Renewed Motion to Disqualify Trustee;

IT IS FURTHER ORDERED denying Debtor's Renewed Motion to Disqualify Assigned Judge;

IT IS FURTHER ORDERED denying Debtor's Motion to Dismiss Case; and

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

(continue)... 2:15-BK-07045-EPB    TUESDAY, MAY 24, 2016 01:30 PM

IT IS FURTHER ORDERED denying Debtor's Renewed Motion for Reconsideration of Order Reconverting Case to Chapter 7.