MOYES SELLERS & HENDRICKS
Stephen Brower (No. 024908)
Joshua T. Greer (No. 025508)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2170
Email: sbrower@law-msh.com
Attorneys for Creditor MR Capital, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

Donita J. Cole,

    Debtor.

Chapter 13

Case No.: 2:15-bk-07045-EPB

**ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER UNDER BANKRUPTCY RULE 2004 COMPELLING EXAMINATION OF DONITA J. COLE**

Having reviewed and considered the "*Ex Parte Application for Order Under Bankruptcy Rule 2004 Compelling Examination of Donita J. Cole*" (the "2004 Application") filed by counsel for MR Capital, LLC, and good cause appearing,

IT IS HEREBY ORDERED that the 2004 Application is granted;

IT IS FURTHER ORDERED that Donita J. Cole shall appear, together with the requested documents listed in Exhibit A to the 2004 Application and submit for examination by counsel for MR Capital, LLC at the law offices of Moyes Sellers & Hendricks, 1850 N. Central Avenue, Suite 1100, Phoenix, Arizona on Wednesday, July 13, 2016 at 1:00 p.m.*, or at such other time or location as agreed upon by the parties;

IT IS FURTHER ORDERED that counsel for MR Capital, LLC shall promptly serve this Order on Donita J. Cole.

*if previously agreed upon by the parties

DATED AND SIGNED ABOVE

00138680