Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*



# UNITED STATES BANKRUPTCY COURT
### District of Arizona

| | |
|---|---|
| DONITA J. COLE,<br><br>*Debtor*, | Case No.: **2-15-bk-07045-EPB**<br><br>Chapter 13 |

## NOTICE OF APPEAL

DONITA J. COLE, the Debtor appeals under 28 U.S.C. § 158(a) or (b) from the following judgment, order, or decree listed below, of the bankruptcy judge entered in this proceeding on the corresponding dates.

| Order | Date Rendered: |
|---|---|
| **[PROPOSED] ORDER TO QUASH NOTICE OF LIS PENDENS [230]** | 6/21/2016 |

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | | |
|---|---|---|
| **STEPHEN BROWER**<br>MOYES SELLERS & HENDRICKS<br>1850 N. Central Ave, Suite 1100<br>Phoenix, AZ 85014<br>602-604-2141 | *Representing* | MR Capital, LLC<br>c/o Clint W. Smith, PC<br>1423 S Higley Road, Suite 128<br>Mesa, AZ 85206<br>480-807-9300 |
| **Rachel Elizabeth Flinn**<br>RUSSELL BROWN, TRUSTEE<br>3838 North Central Ave, Suite 800<br>Phoenix, AZ 85012-1965<br>602.277.8996 | *Representing* | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>3838 North Central Ave, Suite 800<br>PHOENIX, AZ 85012-1965<br>602-277-8996 |

| | | | |
|---|---|---|---|
| 1 | **JOSHUA T GREER** | *Representing* | MR Capital, LLC |
| 2 | MOYES SELLERS & HENDRICKS | | 1423 S Higley Road, Suite 128 |
| | 1850 N. Central Avenue | | Mesa, AZ 85206 |
| 3 | Suite 1100 | | United States |
| | PHOENIX, AZ 85012 | | 480-807-9300 |
| 4 | 602-604-2141 | | |

<br>

**MICHAEL P. LANE**  *Representing*  ROGER W. BROWN
LANE & NACH, P.C.                    P.O. BOX 32967
2001 East Campbell, Suite 103        PHOENIX, AZ 85064-2967
Phoenix, AZ 85016                    602-274-4231
602-258-6000

**CLINT W. SMITH**  *Representing*  ME Capital, LLC
CLINT W. SMITH PC                   1423 S Higley Road, Suite 128
1423 S Higley Road, Suite 113       Mesa, AZ 85206
MESA, AZ 85206                      480-807-9300
480-807-9300
                                    MR Capital, LLC
                                    1423 S Higley Road, Suite 128
                                    Mesa, AZ 85206
                                    480-807-9300

**RUSSELL BROWN**
CHAPTER 13 TRUSTEE
3838 North Central Ave, Suite 800
PHOENIX, AZ 85012-1965
602-277-8996

**Roger W. Brown, Trustee**
PO Box 32967
Phoenix AZ 85064-2967
602-274-4231

Dated: June 24, 2016                 *Respectfully submitted,*

                                     by: _/s/ Donita Cole_
                                     **DONITA J. COLE** *without an attorney*
                                     P.O. Box 4907
                                     Mesa, Arizona 85211

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other

party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date June 24, 2016.

by: /s/ Donita Cole
DONITA J. COLE *without an attorney*

**SERVICE LIST:**

**STEPHEN BROWER**
MOYES SELLERS & HENDRICKS
1850 N. Central Ave, Suite 1100
Phoenix, AZ 85014
602-604-2141

**Rachel Elizabeth Flinn**
RUSSELL BROWN, TRUSTEE
3838 North Central Ave, Suite 800
Phoenix, AZ 85012-1965
602.277.8996

**JOSHUA T GREER**
MOYES SELLERS & HENDRICKS
1850 N. Central Avenue
Suite 1100
PHOENIX, AZ 85012
602-604-2141

**MICHAEL P. LANE**
LANE & NACH, P.C.
2001 East Campbell, Suite 103
Phoenix, AZ 85016
602-258-6000

**CLINT W. SMITH**
CLINT W. SMITH PC
1423 S Higley Road, Suite 113
MESA, AZ 85206
480-807-9300

**RUSSELL BROWN**
CHAPTER 13 TRUSTEE
3838 North Central Ave, Suite 800
PHOENIX, AZ 85012-1965
602-277-8996

**Roger W. Brown, Trustee**
PO Box 32967
Phoenix AZ 85064-2967
602-274-4231