Donita J. Cole
P.O. Box 4907
Mesa, Arizona 85211
602-369-1551

*Without an Attorney*

FILED
2016 JUN 24 PM 1:11
U.S. BANKRUPTCY CLERK
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

| | |
|---|---|
| **DONITA J. COLE,** *Debtor,* | Case No.: **2-15-bk-07045-EPB** <br> Chapter 13 |

## STATEMENT OF THE ISSUES TO BE PRESENTED

Appellant will present the following issues on appeal:

1. Whether it was error to grant relief under the Chapter 13 case since **DONITA J. COLE** had already voluntarily dismissed the case?

2. Whether this Court erred in acting without jurisdiction over a property that legally and lawfully belongs to **DONITA J. COLE and her husband** and not part of a bankruptcy estate?

3. Whether the bankruptcy court erred when it interfered with and denied the right of creditors and potential purchasers for value the right to notice of pending litigation concerning the real property?

4. Whether the bankruptcy Court erred in treating a Notice of Lis Pendens and the Amended Notice of Lis Pendens as liens rather than notices?

5. Whether the bankruptcy court erred in presuming it had jurisdiction over the property subject to the Lis Pendens when the only court that has jurisdiction is the court where the Lis Pendens is filed?

6. Whether the bankruptcy court erred in making declarations as to liens when such actions are reserved to adversary proceedings?

7. Whether the Court abused its discretion by providing relief to a non-creditor, thus acting outside the bounds of the bankruptcy code?

8. Whether the bankruptcy code acted without subject matter jurisdiction or in excess of its jurisdiction when it awarded Mr. Capital the relief requested.

9. Whether the Court violated **DONITA J. COLE**'s right to procedural due process by issuing an ex-parte order without affording ex-debtor an opportunity to object and hearing the objection.

Dated: June 24, 2016

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date June 24, 2016.

*Respectfully submitted,*

by: /s/ Donita Cole
DONITA J. COLE *without an attorney*

SERVICE LIST:

**STEPHEN BROWER**
MOYES SELLERS & HENDRICKS
1850 N. Central Ave, Suite 1100
Phoenix, AZ 85014
602-604-2141

**Rachel Elizabeth Flinn**
RUSSELL BROWN, TRUSTEE
3838 North Central Ave, Suite 800
Phoenix, AZ 85012-1965
602.277.8996

**JOSHUA T GREER**
MOYES SELLERS & HENDRICKS
1850 N. Central Avenue
Suite 1100
PHOENIX, AZ 85012
602-604-2141

**MICHAEL P. LANE**
LANE & NACH, P.C.
2001 East Campbell, Suite 103
Phoenix, AZ 85016
602-258-6000

**CLINT W. SMITH**
CLINT W. SMITH PC
1423 S Higley Road, Suite 113
MESA, AZ 85206
480-807-9300

**RUSSELL BROWN**
CHAPTER 13 TRUSTEE
3838 North Central Ave, Suite 800
PHOENIX, AZ 85012-1965
602-277-8996

**Roger W. Brown, Trustee**
PO Box 32967
Phoenix AZ 85064-2967
602-274-4231